UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:                                                                  Case Number
                                                                        Chapter 13
Steven Kenneth Bonnell,

    Debtor.
_____/

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration:**

[ ] Application by Individual Debtor to Pay Filing Fee in Installments
[ ] Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments
[✓] Voluntary petition signed by me on 10/17/12
[ ] Amended voluntary petition signed by me on _____
[✓] Schedules signed by me on 10/17/12
[ ] Amended schedules signed by me on _____
[✓] Statement of Financial Affairs signed by me on 10/17/12
[ ] Amended Statement of Financial Affairs signed by me on _____
[✓] Statement of Social Security Number(s) signed by me on 10/17/12
[ ] Amended Statement of Social Security Number(s) signed by me on _____
[✓] Statement of *Current Monthly Income (OBF 22)* signed by me on 10/17/12
[ ] Amended Statement of *Current Monthly Income (OBF 22)* signed by me on _____

I, Steven Kenneth Bonnell, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties for perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

_____            _____
**Signature of Debtor**                             **Signature of Joint Debtor (if applicable)**
(If non individual, authorized corporate representative)

Steven Kenneth Bonnell                              _____
**Print Name**                                      **Print Name**

Edward Freire, Esq.                                 (305) 826-1774
**Print or Type Name of Attorney for Debtor**       **Phone:**

LF-11 (rev. 03/06/12)