UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Steven Kenneth Bonnell                    Case No.
                                                   Chapter 13

_____Debtor_____/

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

__✓__ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

\_\_\_\_\_ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

\_\_\_\_\_ Copies of all payment advices **are not** attached because the debtor:
   \_\_receives disability payments
   \_\_is unemployed and does not receive unemployment compensation
   \_\_receives Social Security payments
   \_\_receives a pension
   \_\_does not work outside the home
   \_\_is self employed and does not receive payment advices

\_\_\_\_\_ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

**Joint Debtor (if applicable):**

\_\_\_\_\_ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

\_\_\_\_\_ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

\_\_\_\_\_ Copies of payment advices **are not** attached because the joint debtor:
    \_\_\_\_receives disability payments
    \_\_\_\_is unemployed and does not receive unemployment compensation
    \_\_\_\_receives Social Security payments
    \_\_\_\_receives a pension
    \_\_\_\_does not work outside the home
    \_\_\_\_is self employed and does not receive payment advices

\_\_\_\_\_ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

[Signature]                                                                Date: 10/17/12
Signature of Attorney or Debtor

_____                            Date:_____
Signature of Joint Debtor, if applicable

# FREIRE & GONZALEZ, P.A.

| | | | | | |
|---|---|---|---|---|---|
| CMI - MONTH TO BE FILED: | OCT-12 | | JOB | 1/1 | |

DEBTOR'S  CO'DEBTORS SPOUSE   NAME:     STEVEN K. BONNELL

EMPLOYER'S NAME:     GAS SECURE SOLUTIONS

| | | | | |
|---|---|---|---|---|
| INCOME @ END OF   SEP-12 | $73,671.39 | INCOME @ END OF   DEC-11 | $0.00 |
| INCOME @ START OF   APR-12 | $20,837.84 | INCOME @ START OF   DEC-11 | $0.00 |
| TOTAL INCOME DURING CMI: | $52,833.55 | | |
| AVERAGE (TOTAL / 6) | $8,805.59 | | |

## DEDUCTIONS:

### TAXES-FEDERAL/FICA/MEDICARE

| | | | | |
|---|---|---|---|---|
| END OF   SEP-12 | $12,664.22 | END OF   DEC-11 | $0.00 |
| START OF   APR-12 | $3,653.22 | START OF   DEC-11 | $0.00 |
| TOTAL DEDUCTION DURING CMI | $9,011.00 | 2011 REFUND | $3,478.00 |
| AVERAGE (TOTAL / 6) | $1,501.83 | MONTHLY | $289.83 |

### 401K

| | | | | |
|---|---|---|---|---|
| END OF   SEP-12 | $8,692.78 | END OF   DEC-11 | $0.00 |
| START OF   APR-12 | $2,197.71 | START OF   DEC-11 | $0.00 |
| TOTAL DEDUCTION DURING CMI | $6,495.07 | | |
| AVERAGE (TOTAL / 6) | $1,082.51 | | |

### HEALTH

| | | | | |
|---|---|---|---|---|
| END OF   SEP-12 | $1,600.00 | END OF   DEC-11 | $0.00 |
| START OF   APR-12 | $600.00 | START OF   DEC-11 | $0.00 |
| TOTAL DEDUCTION DURING CMI | $1,000.00 | | |
| AVERAGE (TOTAL / 6) | $166.67 | | |

### DISABILITY

| | | | | |
|---|---|---|---|---|
| END OF   SEP-12 | $1,059.08 | END OF   DEC-11 | $0.00 |
| START OF   APR-12 | $352.02 | START OF   DEC-11 | $0.00 |
| TOTAL DEDUCTION DURING CMI | $707.06 | | |
| AVERAGE (TOTAL / 6) | $117.84 | | |

### OTHER DEDUCTIONS -(Life)

| | | | | |
|---|---|---|---|---|
| END OF   SEP-12 | $2,567.52 | END OF   DEC-11 | $0.00 |
| START OF   APR-12 | $407.76 | START OF   DEC-11 | $0.00 |
| TOTAL DEDUCTION DURING CMI | $2,159.76 | | |
| AVERAGE (TOTAL / 6) | $359.96 | | |

**G4S**

```
        CO     FILE #      016361-016361
   PCSDAX 000054302
   00016 PTN_B P425 08/05/2012
   ON-CYCLE B05 5232748 SEPCHK#0
```

G4S Secure Solutions USA
1395 University Blvd.
Jupiter, FL 33458

## Earnings Statement

|  |  |
|---|---|
| | Page 001 of 001 |
| Period Beginning: | 07/23/2012 |
| Period Ending: | 08/05/2012 |
| Advice Date: | 08/10/2012 |
| Advice Number: | 0005232748 |
| Batch Number: | 000000000501 |

Steven K Bonnell
25801 SW 152 Court
Homestead, FL 33032

```
Exemptions    Addl Amt   Addl %
Fed:   M-1
FL(W): N-0
```

| Pay | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 30.980 | 104.04 | 3223.16 | 49272.22 |
| Uniform Main | | | 10.00 | 155.00 |
| OT Premium | | 24.04 | 372.38 | 5801.06 |
| Holiday | | | | 1066.61 |
| Training | | | | 305.35 |
| Vacation Buy | | | | 2974.08 |
| Vacation | | | | 1072.44 |

| Taxes | Current | YTD |
|---|---|---|
| Fed Withholdng | 389.19 | 7069.45 |
| Fed OASDI/EE | 151.01 | 2540.65 |
| Fed MED/EE | 52.13 | 877.13 |

| | | |
|---|---|---|
| Total Taxes | 592.33 | 10487.23 |

| Gross Pay | | 3605.54 | 60646.76 |
|---|---|---|---|

**Before Tax Deductions**
| 401(k) | | 359.55 | 3918.54 |
|---|---|---|---|

| Net Pay | | 2314.96 | 39832.86 |
|---|---|---|---|

**Employer Deductions**
| Med Non Trust Nuc | | 385.85 | 5787.75 |
|---|---|---|---|

| Before Tax Deductions | 359.55 | 3918.54 |
|---|---|---|

| Federal Taxable Gross | 3235.99 | 56673.22 |
|---|---|---|

**After Tax Deductions**
| 401(k) Loan 2 | 111.94 | 1791.04 |
|---|---|---|
| Med Non Trust Nuclear Post Tax | 100.00 | 1500.00 |
| STD Non Trust Nuclear | 58.67 | 880.05 |
| Opt Life Non Trust Nuclear | 39.00 | 585.00 |
| Other Deductions | 29.09 | 1652.04 |
| After Tax Deductions | 338.70 | 6408.13 |

| Employer Deductns | 385.85 | 5787.75 |
|---|---|---|

| Vacation Summary | Balance |
|---|---|

| Deduction Arrears | | |
|---|---|---|

**Message:**
Report fraud & abuse via
Hotline: 800 307-9005

Employee Type Hourly

©2002 Automatic Data Processing (PCSUADL)

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**G4S**

G4S Secure Solutions USA
1395 University Blvd.
Jupiter, FL 33458

Advice Number: 0005232748
Advice Date: 08/10/2012

00016 PTN_B P425 08/05/2012

| Deposited to the account of | Account Number | Type | Amount |
|---|---|---|---|
| Steven K Bonnell | XXXXXX8151 | Checking | 2314.96 |
| | | Total | 2314.96 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

```
CO      FILE #    018935-018935
PCSDAX 000054302
00016 PTN_B P425 08/19/2012
ON-CYCLE B05 5274720 SEPCHK#0
```

**G4S**

G4S Secure Solutions USA
1395 University Blvd.
Jupiter, FL 33458

# Earnings Statement

| | |
|---|---|
| | Page 001 of 001 |
| Period Beginning: | 08/06/2012 |
| Period Ending: | 08/19/2012 |
| Advice Date: | 08/24/2012 |
| Advice Number: | 0005274720 |
| Batch Number: | 000000000510 |

Steven K Bonnell
25801 SW 152 Court
Homestead, FL 33032

Exemptions   Addl Amt   Addl %
Fed: M-1
FL(W): N-0

| Pay | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 30.980 | 80.06 | 2480.26 | 51752.48 |
| Vacation | 30.980 | 24.00 | 743.52 | 1815.96 |
| Uniform Main | | | 10.00 | 165.00 |
| OT Premium | | 13.11 | 203.07 | 6004.13 |
| Holiday | | | | 1066.61 |
| Training | | | | 305.35 |
| Vacation Buy | | | | 2974.08 |

| Taxes | Current | YTD |
|---|---|---|
| Fed Withholdng | 360.51 | 7429.96 |
| Fed OASDI/EE | 143.93 | 2684.58 |
| Fed MED/EE | 49.69 | 926.82 |

| | Current | YTD |
|---|---|---|
| Gross Pay | 3436.85 | 64083.61 |
| Total Taxes | 554.13 | 11041.36 |
| Net Pay | 2100.56 | 41933.42 |

Before Tax Deductions
401(k)   342.69   4261.23

Employer Deductions
Med Non Trust Nuc   385.85   6173.60

| | Current | YTD |
|---|---|---|
| Before Tax Deductions | 342.69 | 4261.23 |
| Federal Taxable Gross | 3094.16 | 59657.38 |

Employer Deductn   385.85   6173.60

Vacation Summary   Balance

After Tax Deductions
| | Current | YTD |
|---|---|---|
| 401(k) Loan 2 | 111.94 | 1902.98 |
| 401(k) Loan 1 | 100.77 | 1318.02 |
| Med Non Trust Nuclear Post Tax | 100.00 | 1600.00 |
| STD Non Trust Nuclear | 58.67 | 938.72 |
| Other Deductions | 68.09 | 1087.88 |
| After Tax Deductions | 439.47 | 6847.60 |

Deduction Arrears

Message:
Report fraud & abuse via
Hotline: 800 307-9005

Employee Type Hourly
©2002 Automatic Data Processing (PCS/LS2)
©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

---

** VERIFY DOCUMENT AUTHENTICITY – COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM **



G4S Secure Solutions USA
1395 University Blvd.
Jupiter, FL 33458

00016 PTN_B P425 08/19/2012

**Deposited to the account of**

Steven K Bonnell

Advice Number: 0005274720
Advice Date: 08/24/2012

| Account Number | Type | Amount |
|---|---|---|
| XXXXXX8151 | Checking | 2100.56 |
| | Total | 2100.56 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**G4S**

CO FILE # 019080-019077
PCSDAX 000054302
00016 PTN_B P425 09/02/2012
ON-CYCLE B05 5316592 SEPCHK#0

G4S Secure Solutions USA
1395 University Blvd.
Jupiter, FL 33458

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 08/20/2012 |
| Period Ending: | 09/02/2012 |
| Advice Date: | 09/07/2012 |
| Advice Number: | 0005316592 |
| Batch Number: | 000000000517 |

Page 001 of 001

Exemptions  Add'l Amt  Add'l %
Fed: M-1
FL(W): N-0

Steven K Bonnell
25801 SW 152 Court
Homestead, FL 33032

| Pay | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 30.980 | 93.82 | 2906.54 | 54659.02 |
| Vacation | 30.980 | 12.00 | 371.76 | 2187.72 |
| Uniform Main | | | 10.00 | 175.00 |
| OT Premium | | 26.79 | 414.98 | 6419.11 |
| Storm Pay 2. | | | | 1716.52 |
| Holiday | | | | 1066.61 |
| Training | | | | 305.35 |
| Vacation Buy | | | | 2974.08 |

| Taxes | Current | YTD |
|---|---|---|
| Fed Withholdng | 411.18 | 7996.50 |
| Fed OASDI/EE | 155.12 | 2911.79 |
| Fed MED/EE | 53.55 | 1005.26 |

| Gross Pay | 3703.28 | 69503.41 |
|---|---|---|

**Before Tax Deductions**
| 401(k) | 369.33 | 4630.56 |
|---|---|---|

| Total Taxes | 619.85 | 11913.55 |
|---|---|---|

| Net Pay | 2501.39 | 45898.99 |
|---|---|---|

**Employer Deductions**
| Med Non Trust Nuc | 0.00 | 6173.60 |
|---|---|---|

| Before Tax Deductions | 369.33 | 4630.56 |
|---|---|---|

| Federal Taxable Gross | 3323.95 | 64697.85 |
|---|---|---|

**After Tax Deductions**
| 401(k) Loan 2 | 111.94 | 2014.92 |
|---|---|---|
| 401(k) Loan 1 | 100.77 | 1418.79 |
| STD Non Trust Nuclear | 0.00 | 938.72 |
| LTD Non Trust Nuclear | 0.00 | 120.36 |
| Other Deductions | 0.00 | 2567.52 |

| Employer Deductn | 0.00 | 6173.60 |
|---|---|---|

Vacation Summary  Balance

| After Tax Deductions | 212.71 | 7060.31 |
|---|---|---|

Deduction Arrears

Message:
Visit new G4S USA Career Center
http://usajobs.g4s.com

Employee Type Hourly

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**G4S**

G4S Secure Solutions USA
1395 University Blvd.
Jupiter, FL 33458

Advice Number: 0005316592
Advice Date: 09/07/2012

00016 PTN_B P425 09/02/2012

**Deposited to the account of**  Account Number  Type  Amount
Steven K Bonnell  XXXXXX8161  Checking  2501.39

Total  2501.39

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

**G4S**

CO FILE # 013992-013982
PCSDAX 000054302
00016 PTN_B P425 09/16/2012
ON-CYCLE B05 5358768 SEPCHK#0

G4S Secure Solutions USA
1395 University Blvd.
Jupiter, FL 33458

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 09/03/2012 |
| Period Ending: | 09/16/2012 |
| Advice Date: | 09/21/2012 |
| Advice Number: | 0005358768 |
| Batch Number: | 000000000523 |

Page 001 of 001

Steven K Bonnell
25801 SW 152 Court
Homestead, FL 33032

Exemptions   Addl Amt   Addl %
Fed:   M-1
FL(W): N-0

| Pay | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 30.980 | 107.19 | 3320.75 | 57979.77 |
| Holiday | 30.980 | 13.43 | 416.06 | 1482.67 |
| Uniform Main | | | 10.00 | 185.00 |
| OT Premium | | 27.19 | 421.17 | 6840.28 |
| Storm Pay 2. | | | | 1716.52 |
| Training | -- | | | 305.35 |
| Vacation Buy | | | | 2974.08 |
| Vacation | | | | 2187.72 |

| Taxes | Current | YTD |
|---|---|---|
| Fed Withholdng | 515.74 | 8512.24 |
| Fed OASDI/EE | 174.64 | 3086.43 |
| Fed MED/EE | 60.29 | 1065.55 |

| | Current | YTD |
|---|---|---|
| **Total Taxes** | 750.67 | 12664.22 |

| | Current | YTD |
|---|---|---|
| **Gross Pay** | 4167.98 | 73671.39 |

**Before Tax Deductions**
401(k)                   415.80    5046.36

| | Current | YTD |
|---|---|---|
| **Net Pay** | 2788.80 | 49687.79 |

**Employer Deductions**
Med Non Trust Nuc      0.00    6173.60

| | Current | YTD |
|---|---|---|
| **Before Tax Deductions** | 415.80 | 5046.36 |

| | Current | YTD |
|---|---|---|
| **Employer Deductn** | 0.00 | 6173.60 |

| | Current | YTD |
|---|---|---|
| **Federal Taxable Gross** | 3742.18 | 58440.03 |

| Vacation Summary | Balance |
|---|---|

**After Tax Deductions**

| | Current | YTD |
|---|---|---|
| 401(k) Loan 2 | 111.94 | 2126.86 |
| 401(k) Loan 1 | 100.77 | 1519.56 |
| STD Non Trust Nuclear | 0.00 | 938.72 |
| LTD Non Trust Nuclear | 0.00 | 120.36 |
| Other Deductions | 0.00 | 2567.52 |
| **After Tax Deductions** | 212.71 | 7273.02 |

| Deduction Arrears | |
|---|---|

Message:
Visit new G4S USA Career Center
http://usajobs.g4s.com

Employee Type Hourly

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**G4S**

G4S Secure Solutions USA
1395 University Blvd.
Jupiter, FL 33458

Advice Number: 0005358768
Advice Date: 09/21/2012

00016 PTN_B P425 09/16/2012

| Deposited to the account of | Account Number | Type | Amount |
|---|---|---|---|
| Steven K Bonnell | XXXXXX8141 | Checking | 2788.80 |


THIS IS NOT A CHECK

Total    2788.80

## NON-NEGOTIABLE

# Earnings Statement

**G4S**

CO FILE # 013892-013891
PCSDAX 000054302
00016 PTN_B P425 09/30/2012
ON-CYCLE B05 5400826 SEPCHK#0

G4S Secure Solutions USA
1395 University Blvd.
Jupiter, FL 33458

Page 001 of 001
Period Beginning: 09/17/2012
Period Ending: 09/30/2012
Advice Date: 10/05/2012
Advice Number: 0005400826
Batch Number: 000000000528

Exemptions   Addl Amt   Addl %
Fed: M-1
FL(W): N-0

Steven K Bonnell
25801 SW 152 Court
Homestead, FL 33032

| Pay | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 30.980 | 119.83 | 3712.33 | 61692.10 |
| Uniform Main | | | 10.00 | 195.00 |
| OT Premium | | 39.99 | 619.45 | 7459.73 |
| Storm Pay 2. | | | | 1716.52 |
| Holiday | | | | 1482.67 |
| Training | | | | 305.35 |
| Vacation Buy | | | | 2974.08 |
| Vacation | | | | 2187.72 |

| Taxes | Current | YTD |
|---|---|---|
| Fed Withholdng | 554.84 | 9067.08 |
| Fed OASDI/EE | 181.93 | 3268.36 |
| Fed MED/EE | 62.81 | 1128.36 |

| | Current | YTD |
|---|---|---|
| Total Taxes | 799.58 | 13463.80 |
| Gross Pay | 4341.78 | 78013.17 |
| Net Pay | 2896.31 | 51584.10 |

Before_Tax_Deductions
| | Current | YTD |
|---|---|---|
| 401(k) | 433.18 | 5479.54 |

Employer Deductions
| | Current | YTD |
|---|---|---|
| Med Non Trust Nuc | 0.00 | 6173.60 |

| | Current | YTD |
|---|---|---|
| Before Tax Deductions | 433.18 | 5479.54 |
| Employer Deductn | 0.00 | 6173.60 |
| Federal Taxable Gross | 3895.60 | 72458.63 |

Vacation Summary   Balance

After_Tax_Deductions
| | Current | YTD |
|---|---|---|
| 401(k) Loan 2 | 111.94 | 2238.80 |
| 401(k) Loan 1 | 100.77 | 1620.33 |
| STD Non Trust Nuclear | 0.00 | 938.72 |
| LTD Non Trust Nuclear | 0.00 | 120.36 |
| Other Deductions | 0.00 | 2567.52 |
| After Tax Deductions | 212.71 | 7485.73 |

Deduction Arrears

Message:
Verify Address & YTD Taxes on stub
See https://ipay.adp.com/iPay/login.jsf

Employee Type Hourly

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



G4S Secure Solutions USA
1395 University Blvd.
Jupiter, FL 33458

Advice Number: 0005400826
Advice Date: 10/05/2012

00016 PTN_B P425 09/30/2012

| Deposited to the account of | Account Number | Type | Amount |
|---|---|---|---|
| Steven K Bonnell | XXXXXX8151 | Checking | 2896.31 |
| | | Total | 2896.31 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**