United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 12-34868-RAM
Steven Kenneth Bonnell                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1          User: covington          Page 1 of 3          Date Rcvd: Oct 18, 2012
                              Form ID: CGFI3           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2012.
db            Steven Kenneth Bonnell,    25801 SW 152nd Ct,    Homestead, FL  33032-6228
smg           Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallhassee, FL  32314-6668
90790968     +Cap One,    Po Box 5253,    Carol Stream Il 60197-5253
90790969     +Crd Prt Asso,    13355 Noel Rd 21st Floor  P O Box 802068,    Dallas Tx 75380-2068
90790970     +Credit Acceptance,    Po Box 513,    Southfield Mi 48037-0513
90790973     +Daniel S Mandel Pa,    1900 Nw Corporate Blvd Ste 305w,    Boca Raton Fl 33431-7340
90790975     +Eos Cca,    700 Longwater Dr,    Norwell Ma 02061-1624
90790980     +Graystone Solutions,    321 Common Wealth Rd Ste,    Wayland Ma 01778-5039
90790981     +Hsbc Bank,    Po Box 5253,    Carol Stream Il 60197-5253
90790983      Hsbchlzbg,    Po Box 15524,    Wilmington De 19850
90790985      Loancare Servicing Ctr,    Interstate Corp Cntr Bld,    Norfolk Va 23502
90790989      Office Depot Credit Plan,    Dept 56- 8204240014,    Po Box 689020,    Des Moines Ia 50368-9020
90790990     +Pioneermcb,    4000 S Eastern Ave Ste 3,    Las Vegas Nv 89119-0824
90790991     +Pioneerml Inc,    4233 Roanoke Rd,    Kansas City Mo 64111-4076
90790992     +Pioneerml Of Washingto,    4233 Roanoke Rd,    Kansas City Mo 64111-4076
90790995     +Santander Consumer Usa,    Po Box 961245,    Ft Worth Tx 76161-0244
90790996     +The Money Source Inc,    3637 Sentara Way 300,    Virginia Beach Va 23452-4262
90790998     +Union Bank  Trust,    4732 Calvert St,    Lincoln Ne 68506-6426
90790997     +Union Bt,    3560 S 48th St,    Lincoln Ne 68506-6418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Oct 19 2012 00:29:29    Office of the US Trustee,
              51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
90790967     +E-mail/PDF: recoverybankruptcy@afninet.com Oct 19 2012 00:35:35    Afni Inc,    Po Box 3427,
              Bloomington Il 61702-3427
90790971     +E-mail/Text: creditonebknotifications@resurgent.com Oct 19 2012 00:26:54    Credit One Bank,
              Po Box 98875,    Las Vegas Nv 89193-8875
90790977     +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2012 01:54:54    Gecrbcare Credit,    950 Forrer Blvd,
              Kettering Oh 45420-1469
90790978     +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2012 00:53:25    Gecrbpaypal Smart Con,
              Po Box 981064,    El Paso Tx 79998-1064
90790979     +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2012 01:59:49    Gecrbrooms To Go,    Po Box 981439,
              El Paso Tx 79998-1439
90790974      E-mail/Text: cio.bncmail@irs.gov Oct 19 2012 00:23:06    Department Of The Treasury,
              Internal Revenue Service,    Atlanta Ga 39901-0002
90790984      E-mail/Text: cio.bncmail@irs.gov Oct 19 2012 00:23:06    Internal Revenue Service,    Po Box 7346,
              Philadelphia Pa 19101-7346
90790986     +E-mail/Text: bkr@cardworks.com Oct 19 2012 00:28:35    Merrick Bank,    Po Box 9201,
              Old Bethpage Ny 11804-9001
90790987     +E-mail/Text: aafes@credbankserv.com Oct 19 2012 00:26:57    Military Star,
              3911 S Walton Walker Blv,    Dallas Tx 75236-1509
90790988     +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 19 2012 00:30:32    Nco Fin 99,    Pob 15636,
              Wilmington De 19850-5636
90790993     +E-mail/Text: courtfilings@sacfcu.com Oct 19 2012 00:29:20    Sac Federal Credit Uni,
              Po Box 13007,    Omaha Ne 68113-0007
                                                                                        TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
90790972*    +Credit One Bank,    Po Box 98875,    Las Vegas Nv 89193-8875
90790976*    +Eos Cca,    700 Longwater Dr,    Norwell Ma 02061-1624
90790982*    +Hsbc Bank,    Po Box 5253,    Carol Stream Il 60197-5253
90790994*    +Sac Federal Credit Uni,    Po Box 13007,    Omaha Ne 68113-0007
                                                                             TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2012                    Signature:

District/off: 113C-1          User: covington          Page 3 of 3          Date Rcvd: Oct 18, 2012
                             Form ID: CGFI3            Total Noticed: 31

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2012 at the address(es) listed below:
             Edward  Freire    on behalf of Debtor Steven Bonnell courtdoc@freiregonzalez.com,
              notices@freiregonzalez.com
             Nancy N Herkert    e2c8f01@ch13herkert.com
             Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                              TOTAL: 3

CGFI3 (8/1/11)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 12–34868–RAM**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Steven Kenneth Bonnell
aka Steven K. Bonnell
25801 SW 152nd Ct
Homestead, FL 33032–6228

SSN: xxx–xx–9217

## NOTICE OF FILING OF CHAPTER 13 CASE AND
## NOTICE TO DEBTOR OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES

**TO ALL PARTIES OF RECORD:**

**NOTICE OF FILING OF CHAPTER 13 CASE:** The above–named debtor filed a chapter 13 bankruptcy case on **October 17, 2012.** This notice is being provided to advise all parties of record of the filing of this case. Upon the filing of a plan by the debtor, **a Notice of Chapter 13 Case, Meeting of Creditors and Deadlines** will be issued by the clerk's office notifying creditors of the dates set for the meeting of creditors and confirmation hearing and establishing a deadline for filing a proof of claim. If you received this notice you may be a creditor in this case. The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, debtor's property and certain co–debtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**TO THE DEBTOR, Steven Kenneth Bonnell :**

**NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES: NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, which was filed on **October 17, 2012**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

> **Chapter 13 Plan** (Local Form LF–31) was not filed with the petition.
> **Deadline to correct deficiency: 10/31/12**

**Please also be advised** of the following local requirements when correcting any deficiency related to filing of petitions, schedules, statements or lists:

1. The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements; and

2. The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" (LF–11) must accompany any electronically filed schedule or statement filed without an imaged signature.

Dated: **10/18/12**

Clerk of Court
By: Katrinka Covington , Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.