# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Steven Kenneth Bonnell    JOINT DEBTOR: _____    CASE NO.: 12-34868-RAM
Last Four Digits of SS# 9217    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 4,716.36 for months 1 to 60 ;

<u>Administrative</u>: Attorney's Fee - $3,650.00    TOTAL PAID $ 1,500.00
                 Balance Due    $ 2,150.00 payable $ 1,075.00 /month (Months 1 to 2 )

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. The Money Source, Inc    Arrearage on Petition Date $ 60,000.00
Address: 3637 Sentara Way, #300    Arrears Payment    $ 145.72 /month (Months 1 to 2 )
          Virginia Beach, VA 23452    Arrears Payment    $ 1,029.46 /month (Months 3 to 60 )
Account No: 6236714919    Regular Payment    $ 3,024.00 /month (Months 1 to 60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Acct: | $ | % | $ | _____ To _____ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
               Payable    $_____ /month (Months ___ to ___ ) Regular Payment $_____

<u>Unsecured Creditors</u>: Pay $ 191.26 /month (Months 3 to 60 ).
                  Pay $_____ /month (Months ___ to ___ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Santander Consumer USA shall be paid directly for the property located at: 2006 Nissan Altima, VIN:1N4AL11D85N316050.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _[signed]_    Joint Debtor _____
Date: 10/22/12    Date: _____