United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 12-34868-RAM
Steven Kenneth Bonnell                                              Chapter 13
       Debtor                     **CERTIFICATE OF NOTICE**

District/off: 113C-1           User: covington              Page 1 of 3              Date Rcvd: Oct 25, 2012
                               Form ID: pdf008              Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2012.
```
db              Steven Kenneth Bonnell,    25801 SW 152nd Ct,    Homestead, FL 33032-6228
smg             Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallhassee, FL 32314-6668
90790968       +Cap One,    Po Box 5253,    Carol Stream Il 60197-5253
90790969       +Crd Prt Asso,    13355 Noel Rd 21st Floor  P O Box 802068,    Dallas Tx 75380-2068
90790970       +Credit Acceptance,    Po Box 513,    Southfield Mi 48037-0513
90790973       +Daniel S Mandel Pa,    1900 Nw Corporate Blvd Ste 305w,    Boca Raton Fl 33431-7340
90790975       +Eos Cca,    700 Longwater Dr,    Norwell Ma 02061-1624
90790980       +Graystone Solutions,    321 Common Wealth Rd Ste,    Wayland Ma 01778-5039
90790981       +Hsbc Bank,    Po Box 5253,    Carol Stream Il 60197-5253
90790983        Hsbchlzbg,    Po Box 15524,    Wilmington De 19850
90790985        Loancare Servicing Ctr,    Interstate Corp Cntr Bld,    Norfolk Va 23502
90790989        Office Depot Credit Plan,    Dept 56- 8204240014,    Po Box 689020,    Des Moines Ia 50368-9020
90790990       +Pioneermcb,    4000 S Eastern Ave Ste 3,    Las Vegas Nv 89119-0824
90790991       +Pioneerml Inc,    4233 Roanoke Rd,    Kansas City Mo 64111-4076
90790992       +Pioneerml Of Washingto,    4233 Roanoke Rd,    Kansas City Mo 64111-4076
90790995       +Santander Consumer Usa,    Po Box 961245,    Ft Worth Tx 76161-0244
90790996       +The Money Source Inc,    3637 Sentara Way 300,    Virginia Beach Va 23452-4262
90790998       +Union Bank  Trust,    4732 Calvert St,    Lincoln Ne 68506-6426
90790997       +Union Bt,    3560 S 48th St,    Lincoln Ne 68506-6418
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
90790967       +E-mail/PDF: recoverybankruptcy@afninet.com Oct 26 2012 00:19:35      Afni Inc,    Po Box 3427,
                 Bloomington Il 61702-3427
90790971       +E-mail/Text: creditonebknotifications@resurgent.com Oct 26 2012 00:08:36      Credit One Bank,
                 Po Box 98875,    Las Vegas Nv 89193-8875
90790977       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2012 00:15:26      Gecrbcare Credit,    950 Forrer Blvd,
                 Kettering Oh 45420-1469
90790978       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2012 00:20:33      Gecrbpaypal Smart Con,
                 Po Box 981064,    El Paso Tx 79998-1064
90790979       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2012 00:15:27      Gecrbrooms To Go,    Po Box 981439,
                 El Paso Tx 79998-1439
90790974        E-mail/Text: cio.bncmail@irs.gov Oct 26 2012 00:03:10      Department Of The Treasury,
                 Internal Revenue Service,    Atlanta Ga 39901-0002
90790984        E-mail/Text: cio.bncmail@irs.gov Oct 26 2012 00:03:11      Internal Revenue Service,    Po Box 7346,
                 Philadelphia Pa 19101-7346
90790986       +E-mail/Text: bkr@cardworks.com Oct 26 2012 00:11:46      Merrick Bank,    Po Box 9201,
                 Old Bethpage Ny 11804-9001
90790987       +E-mail/Text: aafes@credbankserv.com Oct 26 2012 00:08:39      Military Star,
                 3911 S Walton Walker Blv,    Dallas Tx 75236-1509
90790988       +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 26 2012 00:31:07      Nco Fin 99,    Pob 15636,
                 Wilmington De 19850-5636
90790993       +E-mail/Text: courtfilings@sacfcu.com Oct 26 2012 00:13:12      Sac Federal Credit Uni,
                 Po Box 13007,    Omaha Ne 68113-0007
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
90790972*      +Credit One Bank,    Po Box 98875,    Las Vegas Nv 89193-8875
90790976*      +Eos Cca,    700 Longwater Dr,    Norwell Ma 02061-1624
90790982*      +Hsbc Bank,    Po Box 5253,    Carol Stream Il 60197-5253
90790994*      +Sac Federal Credit Uni,    Po Box 13007,    Omaha Ne 68113-0007
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 113C-1          User: covington              Page 2 of 3              Date Rcvd: Oct 25, 2012
                              Form ID: pdf008              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2012**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113C-1          User: covington              Page 3 of 3                  Date Rcvd: Oct 25, 2012
                              Form ID: pdf008              Total Noticed: 30


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2012 at the address(es) listed below:
              Edward   Freire    on behalf of Debtor Steven Bonnell courtdoc@freiregonzalez.com,
               notices@freiregonzalez.com
              Nancy N Herkert    e2c8f01@ch13herkert.com
              Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Steven Kenneth Bonnell   JOINT DEBTOR:_____   CASE NO.: 12-34868-RAM
Last Four Digits of SS# 9217   Last Four Digits of SS#_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $ 4,716.36  for months  1  to  60 ;

Administrative: Attorney's Fee - $3,650.00   TOTAL PAID $ 1,500.00
  Balance Due   $2,150.00  payable $1,075.00 /month (Months  1  to  2  )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. The Money Source, Inc   Arrearage on Petition Date $ 60,000.00
Address:  3637 Sentara Way, #300    Arrears Payment   $ 145.72    /month (Months   1  to  2  )
         Virginia Beach, VA 23452   Arrears Payment   $ 1,029.46  /month (Months   3  to  60 )
Account No: 6236714919              Regular Payment   $ 3,024.00  /month (Months   1  to  60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Acct: | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____   Total Due $_____
                    Payable  $_____/month (Months___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 191.26  /month (Months  3  to  60 ).
                     Pay $_____  /month (Months____ to ____).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Santander Consumer USA shall be paid directly for the property located at: 2006 Nissan Altima, VIN:1N4AL11D85N316050.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor  _[signed]_      Joint Debtor
Date: 10/22/12          Date:_____

LF-31 (rev. 01/08/10)