UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-34868-RAM

IN RE:
Steven Kenneth Bonnell
    Debtor
_____/

TRUSTEE'S CERTIFICATE OF SERVICE
OF TRUSTEE'S NOTICE OF REQUIRED DOCUMENTS

Nancy N Herkert, Esquire, Chapter 13 Trustee, certifies that a true and correct copy of the Trustee's Notice of Required Documents (A copy of this document may be found at: www.ch13herkert.com under "Forms" and is titled "Required Documents List") was served through US Mail on the debtor's attorney and the debtor(s) at the addresses listed on the petition on 10/19/12

Submitted by
NANCY N. HERKERT, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
FLORIDA BAR NO.: 441856
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402