UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

**STEVEN KENNETH BONNELL**                **CASE NO.: 12-BK-34868-RAM**

**CHAPTER**: 13

   **Debtor.**
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**COMES NOW ALBERTELLI LAW,** attorneys for The Money Source, Inc, and hereby enters it notice of appearance in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice in this case.

Property Address: 25801 SW 152nd Ct, Homestead, FL 33032

Last Four Digits of Loan Number: 4919

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

Amber Kourofsky, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2022
Facsimile: (813) 221-9171
BKFL@albertellilaw.com
Florida Bar No: 85100

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd Day of November, 2012, I served a copy of the foregoing upon:

**SERVICE LIST**

Steven Kenneth Bonnell
25801 SW 152nd Ct
Homestead, FL 33032

Edward Freire
10647 N Kendall Drive
Miami, Fl 33176

Nancy N. Herkert
P.O. Box 279806
Miramar, FL 33027

U.S. Trustee-Miami
51 SW 1st Ave Suite 1204
Miami, Fl 33130

                                  Amber Kourofsky, Esq.
                                  Albertelli Law
                                  Attorney for Secured Creditor
                                  PO Box 23028
                                  Tampa, FL 33623
                                  Telephone:   (813) 221-4743 ext. 2022
                                  Facsimile:   (813) 221-9171
                                  BKFL@albertellilaw.com

                                  By: /s/ Amber Kourofsky, Esq.
                                  Amber Kourofsky, Esq.
                                  Florida Bar No: 85100