RE: Steven K. Bonnell                               Case # 12-34868-RAM

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION
### AND, IF CHECKED, OBJECTED TO DEBTOR'S EXEMPTIONS

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Tax returns: personal  2008  2009 ̶ ̶ ̶ ̶ ̶ ̶
X Bank Account Statements ☒ 3 months pre-petition
#3941 (0/9) 10/14 - 10/17
#9974 (0/9) 10/1 - 10/17
#8178 7/17 - 7/31 & 10/1 - 10/17
#5137 7/17 - 7/31 & 10/1 - 10/17
#4735 9/22 - 10/17
8151 10/5 - 10/17

___ FMV, Reg, and Payoff : Vehicles   Real Estate
___ Non homestead Information Sheet
___ Photo ID(s)  Social Security Card(s)
___ L.F. 67 Cert. Compliance Request Confirmation
___ Fee application (see court guideline 6)
___ Wage deduction order or motion to waive
___ Domestic Support Info: name address and phone
___ Affidavits of _____ support _____ rent
___ Info on transfer SOFA #3  #10  undisclosed
___ Tolling Agreement(s)
___ Proof of household size (government ID w/ address) and income of all adults
___ Income understated _____ stubs _____ taxes
       co-debtor _____ stubs _____ taxes
___ Spouse's pay advices/spouse's wages not disclosed
___ Expenses objectionable: Sch J ☐ Provide Proof

X Objection to Exemption unresolved ☒ TBE ☐ BLT
___ Best effort < 36 months < 60 months
___ D/I > 100%  < 90%  Feasibility
___ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee estimate $_____
___ Good faith to unsecured
___ Ch 7 s/b _____ plus tax refund / valuations
___ Calculation errors/improper months _____
___ Valuation motion  not filed  or  not resolved
___ Undervalued collateral should be crammed down in plan
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or filed POC
X Other provisions (IVL) 100% lawsuit lease gambling
___ Plan does not fund properly
X Plan does not conform to/provide for secured/priority POC
   ___ Miami-Dade County  ___ Tax Certificate
   ___ Dept of Revenue  ___ IRS
   Cl # 4 Santander Consumer
_____

X Expenses: documentation/calculation: CMI line 30, 32, 39, 47c (HOA), 55  loan from 401k says used for Daughter College tuition

___ Tax returns: biz 2008 2009

Other: Amend SOFA I to provide for tax refund. Explain deposit on 8/8 for $9800.00  Explain withdrawal 7/30 $1900.00 & on 8/13 $2500.00. Explain card purchase on 8/15 for $4704.15

**BUSINESS DEBTOR DOCUMENTS**
X BDQ & attachments
X Profit and loss and Balance Sheet
X Bank statements and checks _____ mon

The Trustee reserves the right to raise additional objections if not all documents are timely provided to the Trustee
*********************************************************************************

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (14 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date.

**IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.**
*The debtor or debtor's attorney must appear at the confirmation hearing*

***The Trustee's recommendation for the confirmation hearing on **January 15, 2012** is as follows:
Dismiss with prejudice 180 days: docs not received and issues not addressed, unless the debtor files or the Trustee receives **by Monday, January 1, 2012 by 5PM**
1) Bank Stmts: #3941: 10/14-10/17, #9974: 10/1-10/17, #8178 &#5137: 7/17-7/31 & 10/1-10/17, #4735: 9/22-10/17, #8151: 10/5-10/17; 2) evidence/calculation of CMI lines 30, 32, 39, 47c (HOA), 55; 3) File TBE motion; 4) IVL; 5) Obj/conform to POC # 4; 6) Amend SOFA 10 to disclose gift of $12,000 from debtor's 401k to pay daughter's tuition, provide tolling waiver, and remove 401k loan expense from CMI; 7) Explain cash withdrawal of $1,900 on 7/30, $2,500 on 8/13 and card purchase of $4,704.15 on 8/15

**If received prior to January 1, 2012, Trustee will amend her recommendation on the published calendar**
I certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY N. HERKERT, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027         (954) 443-4402