RE: Steven K. Bonnell    Case # 12-34868-RAM

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION
### AND, IF CHECKED, OBJECTED TO DEBTOR'S EXEMPTIONS

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

\_\_ Tax returns: personal    2008  2009(
**X** Bank Account Statements **X** 3 months pre-petition
#3941 (0/9) 10/14 - 10/17
#9974 (0/9) 10/1 - 10/17
#8178 7/17 - 7/31 & 10/1 - 10/17
#6137 7/17 - 7/31 & 10/1 - 10/17

#4735 9/22 - 10/17
#5151 10/5 - 10/17

\_\_ FMV, Reg, and Payoff: Vehicles    Real Estate
\_\_ Non homestead Information Sheet
\_\_ Photo ID(s)   Social Security Card(s)
\_\_ L.F. 67 Cert. Compliance Request Confirmation
\_\_ Fee application (see court guideline 6)
\_\_ Wage deduction order or motion to waive
\_\_ Domestic Support Info: name address and phone
\_\_ Affidavits of \_\_\_\_ support \_\_\_\_ rent
\_\_ Info on transfer SOFA #3  #10 undisclosed
\_\_ Tolling Agreement(s)
\_\_ Proof of household size (government ID w/ address) and income of all adults
\_\_ Income understated \_\_\_\_ stubs \_\_\_\_ taxes
       co-debtor \_\_\_\_ stubs \_\_\_\_ taxes
\_\_ Spouse's pay advices/spouse's wages not disclosed
\_\_ Expenses objectionable: Sch J ☐ Provide Proof

**X** Expenses: documentation/calculation: CMI line
30, 32, 39, 47c (HOA), 55    Loan from 401K says used for Daughter College tuition

Other: Amend SMI to provide for tax refund.
Explain deposit on 8/8 for $9800.00 Explain withdrawal 7/30 $1900.00
& on 8/13 $500.00. Explain card purchase on 8/15 for $4704.15

**X** Objection to Exemption unresolved **X** TBE ☐ BLT
\_\_ Best effort < 36 months < 60 months
\_\_ D/I > 100%   < 90%   Feasibility
\_\_ CMI/DI \_\_\_\_ x 60 = \_\_\_\_
☐ Plus income/expenses issues ☐ Trustee estimate $\_\_\_\_
\_\_ Good faith to unsecured
\_\_ Ch 7 s/b \_\_\_\_ plus tax refund / valuations
\_\_ Calculation errors/improper months \_\_\_\_
\_\_ Valuation motion    not filed   or   not resolved
\_\_ Undervalued collateral should be crammed down in plan
\_\_ Reaffirm, redeem or surrender Sch D & G creditor
\_\_ Creditor on plan not listed in Schedules or filed POC
**X** Other provisions (IVL) 100% lawsuit lease gambling
\_\_ Plan does not fund properly
**X** Plan does not conform to/provide for secured/priority POC
\_\_ Miami-Dade County    \_\_ Tax Certificate
\_\_ Dept of Revenue    \_\_ IRS
\_\_ #4 Santander Consumer

### BUSINESS DEBTOR DOCUMENTS
**X** BDQ & attachments
**X** Profit and loss and Balance Sheet
**X** Bank statements and checks \_\_\_\_ mon
\_\_ Tax returns: biz 2008 2009

The Trustee reserves the right to raise additional objections if not all documents are timely provided to the Trustee
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**X** OBJECTION TO EXEMPTIONS
The Trustee objects to the Debtor's Exemptions as stated int eh Schedule C as being over the legal limit and/or raising a question as to the amount of the claimed exemption and therefore it does not appear that the Debtors are entitled to same and therefore excessive or inappropriate exemptions should be stricken and disallowed

\_\_ Homestead [522(p)] [multi-family]          \_\_ Wages                     \_\_ Split Auto
\_\_ Personal over $1,000 w/Home or $5,000 w/o  **X** Valuation Issues         \_\_ Proof of Pension
\_\_ Vague [amt] [descript]   \_\_ Residency     **X** Proof of TBE [motion and attached title of item to motion]
\_\_ Proof of BLT: \_\_\_\_                       \_\_ Other: \_\_\_\_

***Trustee will recommend that unless debtor provides/files at least 15 days prior to confirmation hearing all documents, amendments, motions, and letter addressing issues raised in this deficiency that this case be dismissed at confirmation***

I hereby certify that a true and correct copy of the foregoing was served through ECF on the Debtor's attorney or on a Pro Se Debtor by U.S. First Class pre-paid Mail and, if marked as an objection to exemption, the notice of hearing generated by ECF was also served as listed above.

Submitted by
NANCY N. HERKERT, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027          (954) 443-4402