UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Steven Kenneth Bonnell

    Debtor.
_____/

Case No.: 12-34868-RAM
Chapter 13

## CERTIFICATION AS TO NEED TO SUPPLEMENT MATRIX

This certification is being filed in accordance with Local Rule 1007-2(B) or 1009-1c upon the filing of <u>Amended Schedules I, J, and Amended Summary of Schedules</u> a paper pursuant to Bankruptcy Rule 1007 or 1009 I hereby certify that:

[ ] The paper filed adds a creditor(s) to the case. I have:
[ ] Attached the required fee.
[ ] Provided the court with a supplemental BANCAP matrix in the format required by the Clerk's Instructions for Filing Matrices (Cl-3).
[ ] Provided notice to affected parties, including service of a copy of the §341 meeting notice [Local Rule 1009-1(C)].
[ ] filed an amended summary of schedules.

[ ] The paper filed deletes a creditor(s) listed on a previously filed matrix. I have:
[ ] attached the required fee.
[ ] provided the court with a supplemental BANCAP matrix in the format required by the Clerk's Instructions for Filing Matrices (Cl-3).
[ ] provided notice to affected parties, including service of a copy of the § 341meeting notice [Local Rule 1009-1(C)].
[ ] filed an amended summary of schedules.

[ ] The paper filed corrects creditor name(s) or address(es) listed on a previously filed matrix. I have:
[ ] provided the court with a supplemental BANCAP matrix in the format required by the Clerk's Instructions for Filing Matrices (Cl-3).
[ ] provided notice to affected parties, including service of a copy of the § 341 meeting notice Local Rule 1009-1(C)].

[] The paper filed corrects creditor(s)' scheduled claim(s) amount(s) or classification(s). have:
[ ] filed an amended summary of schedules.
[] attached the required fee.
[] provided notice to affected parties, including service of a copy of the § 341 meeting notice [Local Rule 1009-1(C)].

[X] None of the above apply. The paper filed does not require an additional fee, supplemental BANCAP matrix, or notice to affected parties. It does _x_, it ___ does not require the filing of an amended summary of schedules.

    I also certify that, if required by the Bankruptcy Rules, the paper has been signed by the debtor(s) on the official form "Declaration Concerning Debtor's Schedules" as required by Local Rules 1007-2(B) and 1009-1(C).

    I declare that the foregoing information is true and correct to the best of my knowledge and belief.

Dated: 12/3/12

_____
FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
Office: (305) 826-1774
Fax: (305) 826-1794

LF-4/jb

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**MIAMI DIVISION**

In re: Steven Kenneth Bonnell

Case No.: 12-34868-RAM
Chapter 13

Debtor.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing <u>Amended Schedules I, J, and Amended Summary of Schedules</u> has been filed this 3rd day of December 2012 and copies furnished to **Nancy N. Herkert, Trustee**, Via N.E.F, and the **Debtor** in the instant case, via first class mail.

_____
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
(305) 826-1774