UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Steven Kenneth Bonnell                    Case No.: 12-34868-RAM
                                                  Chapter 13
        Debtor.
_____/

## MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY (AS TO INTEREST RATE ONLY)

### IMPORTANT NOTICE TO CREDITORS: THIS IS A MOTION TO VALUE YOUR COLLATERAL

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]**

1. Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the debtor seeks to value personal property securing the claim of <u>Santander Consumer USA</u>("Lender").

2. *(Select only one):*

    ✓ Lender's collateral consists of a motor vehicle and is particularly described as follows:

    Year and Model of motor vehicle: 2006 Nissan Altima
    Vehicle Identification Number (VIN #): 1N4AL11D85N316050
    Odometer reading: 145,059

    ___ Lender's collateral consists of a lien on personal property other than a motor vehicle and is particularly described as follows:

3. At the time of the filing of this case, the value of the personal property is $<u>4,809.00</u> as determined by www.kbb.com and the balance owed to the secured creditor is $3,903.14.

4. The undersigned reviewed the docket and claims register and states (select only one):

    ___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured

claim to the extent provided in paragraph 4, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at __% and for a total of $_____.

or

__✓__ Lender filed a proof of claim in this case. It shall be classified as a secured claim to the extent provided in paragraph 4, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim. Lender's secured claim shall be paid through the plan at _5.25_% and for a total of $_4,446.30_.

5. The subject personal property may not be sold or refinanced without proper notice and further order of the court.

**WHEREFORE**, the debtor respectfully requests an order of the Court (a) determining the value of the personal property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, and (d) providing such other and further relief as is just.

### NOTICE IS HEREBY GIVEN THAT:

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at or before the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing, or order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

Submitted By:

_____
[Signature of Attorney or Debtor if the Debtor is pro se]
Freire & Gonzalez, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[✓] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N. Kendall Dr.
Miami, FL 33176
Ph. (305) 826-1774
Fax (305) 826-1794



**Kelley Blue Book** The Trusted Resource®



The 2012 Nissan ALTIMA® STARTING AT $20,550*

SHOP NOW

*Price excludes tax, title, license and destination charges. Dealer sets actual price. See dealer for details.

advertisement                                                          why ads?

## Your Blue Book® Value



# 2006 Nissan Altima
Style: 2.5 S Sedan 4D
Mileage: 145059

## Private Party Value

| | |
|---|---|
| Excellent | **$5,409** |
| Very Good | **$5,034** |
| Good | **$4,809** |
| Fair | **$3,884** |

### Vehicle Highlights

| | |
|---|---|
| MPG: City 21/Hwy 27 | Max Seating: 5 |
| Doors: 4 | Engine: 4-Cyl, 2.5 Liter |
| Drivetrain: FWD | Transmission: Automatic |
| EPA Class: Midsize Cars | Body Style: Sedan |
| Country of Origin: Japan | Country of Assembly: United States |

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Engine**
  4-Cyl, 2.5 Liter
**Transmission**
  Automatic
**Drivetrain**
  FWD

**Comfort and Convenience**
  Air Conditioning
  Power Windows
  Power Door Locks
  Cruise Control
**Steering**
  Power Steering
  Tilt Wheel
**Entertainment and Instrumentation**
  AM/FM Stereo
  CD (Single Disc)

**Safety and Security**
  Dual Air Bags
**Wheels and Tires**
  Steel Wheels

## New Cars You Might Like

 2013 Nissan Altima

 2013 Dodge Avenger

 2013 Ford Fusion

## Glossary of Terms

**Kelley Blue Book® Trade-in Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The final price depends on the car's actual condition and local market factors.

**Excellent Condition:** 3% of all cars we value meet this criteria. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition:** 23% of all cars we value meet this criteria. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition:** 54% of all cars we value meet this criteria. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition:** 18% of all cars we value meet this criteria. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

© 1995-2012 Kelley Blue Book Co., Inc. All rights reserved.

© 2012 Kelley Blue Book Co., Inc. All rights reserved. 10/12/2012-10/18/2012 Edition for Florida 33176. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.12102)