UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Steven Kenneth Bonnell

Debtor.

_____/

Case No.: 12-34868-RAM
Chapter 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY AND NOTICE OF HEARING** was simultaneously mailed on 3rd day of December , 2012, to **Nancy H. Herkert**, Chapter 13 Trustee, via NEF, and **Santander Consumer USA**, 8585 N. Stemmons Fwy Suite 1100-N, Dallas, TX 75247, **Santander Consumer USA, Registered Agent: C T Corp. Sys.,** 1200 S. Pine Island Rd, Plantation, FL 33324, **Santander Consumer USA, Attn. Officer/Director: Title C, Gonzales De Las Heras,** 45 E 53rd ST, New York, NY 10022, **Santander Consumer USA, Attn: Bankruptcy Clerk: Jorge Flores**, PO Box 961245, Fort Worth, TX 76161 and **Debtor,** via first class mail.

_____
Freire & Gonzalez, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N. Kendall Dr.
Miami, FL 33176
Ph. (305) 826-1774
Fax (305) 826-1794