**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:   Steven Kenneth Bonnell            Case No.: 12-34868-RAM
                                           Chapter 13

       Debtor.

_____/

## MOTION TO WAIVE WAGE DEDUCTION ORDER

COMES, now the debtor, **Steven Kenneth Bonnell**, by and through his undersigned counsel and moves this Honorable Court for an Order waiving the Wage Deduction Order and as grounds therefore would show:

1. The debtor handles sensitive information on a daily basis and the debtor is in a 100% plan.

WHEREFORE, the debtor requests that this Court enter an Order waiving the Wage Deduction Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 3rd day of December, 2012 along with the accompanying notice of hearing, to Nancy N. Herkert, **Trustee**, via NEF, and **Debtors** in the instant case via regular mail.

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

_/s/ Laila Gonzalez_

FREIRE & GONZALEZ, P.A.
Attorneys for Debtor
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
(305) 826-1774