**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: Steven Kenneth Bonnell           Case No.: 12-34868-RAM
                                                               Chapter 13
       Debtor.
_____/

**CERTIFICATION AS TO NEED TO SUPPLEMENT MATRIX**

This certification is being filed in accordance with Local Rule 1007-2(B) or 1009-1c upon the filing of <u>Amended Statement of Financial Affairs</u> a paper pursuant to Bankruptcy Rule 1007 or 1009 I hereby certify that:

    [ ] The paper filed adds a creditor(s) to the case. I have:
    [ ] Attached the required fee.
    [ ] Provided the court with a supplemental BANCAP matrix in the format
        required by the Clerk's Instructions for Filing Matrices (CI-3).
    [ ] Provided notice to affected parties, including service of a copy of the §341
        meeting notice [Local Rule 1009-1(C)].
    [ ] filed an amended summary of schedules.

    [ ] The paper filed deletes a creditor(s) listed on a previously filed matrix. I have:
    [ ] attached the required fee.
    [ ] provided the court with a supplemental BANCAP matrix in the format required
        by the Clerk's Instructions for Filing Matrices (CI-3).
    [ ] provided notice to affected parties, including service of a copy of the
        § 341meeting notice [Local Rule 1009-1(C)].
    [ ] filed an amended summary of schedules.

    [ ] The paper filed corrects creditor name(s) or address(es) listed on a previously filed matrix. I have:
    [ ] provided the court with a supplemental BANCAP matrix in the format required
        by the Clerk's Instructions for Filing Matrices (CI-3).
    [ ] provided notice to affected parties, including service of a copy of the § 341 meeting
        notice Local Rule 1009-1(C)].

    [] The paper filed corrects creditor(s)' scheduled claim(s) amount(s) or classification(s). have:
    [ ] filed an amended summary of schedules.
    [] attached the required fee.
    [] provided notice to affected parties, including service of a copy of the § 341
        meeting notice [Local Rule 1009-1(C)].

    [X] None of the above apply. The paper filed does not require an additional fee,
        supplemental BANCAP matrix, or notice to affected parties. It does _, it
 _x_ does not require the filing of an amended summary of schedules.

    I also certify that, if required by the Bankruptcy Rules, the paper has been signed by the debtor(s) on the official form "Declaration Concerning Debtor's Schedules" as required by Local Rules 1007-2(B) and 1009-1(C).

    I declare that the foregoing information is true and correct to the best of my knowledge and belief.

Dated: 12/18/12

                                                         FREIRE & GONZALEZ, P.A.,
                                                         Attorneys for Debtor(s)
                                                         [ ] Edward Freire, Esq. FBN: 0813771
                                                         [√] Laila S. Gonzalez, Esq. FBN: 0975291
                                                         10647 N Kendall Dr
                                                          Miami, FL 33176
LF-4/jb                                                Office: (305) 826-1774
                                                          Fax: (305) 826-1794

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**MIAMI DIVISION**

In re: Steven Kenneth Bonnell

Case No.: 12-34868-RAM
Chapter 13

Debtor.
_____/

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Amended Statement of Financial Affairs has been filed this 18th day of December 2012 and copies furnished to **Nancy N. Herkert, Trustee**, Via N.E.F, and the **Debtor** in the instant case, via first class mail.

_____
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
(305) 826-1774