# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Steven Kenneth Bonnell      JOINT DEBTOR: _____      CASE NO.: 12-34868-RAM
Last Four Digits of SS# 9217      Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $ 4,808.43 for months 1 to 60;

Administrative: Attorney's Fee - $3,650.00 + $525 MTV = $4,175.00 TOTAL PAID $ 1,500.00
                Balance Due  $ 2,675.00  payable $ 535.00 /month (Months 1 to 5)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. The Money Source, Inc          Arrearage on Petition Date $ 60,000.00
   Address: 3637 Sentara Way, #300   Arrears Payment   $ 500.00   /month (Months 1 to 5)
            Virginia Beach, VA 23452  Arrears Payment   $ 1,045.46 /month (Months 6 to 60)
   Account No: 6236714919            Regular Payment   $ 3,024.00 /month (Months 1 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA<br>PO Box 961245<br>FT Worth, TX 76161<br><br>Acct:30000162549161000 | 2006 Nissan Altima,<br>VIN:1N4AL11D85N316050.<br><br>$4,809.00 - Value<br><br>$3,903.14 - Balance Owed | 5.25 % | $74.11 | 1 To 60 | $4,446.30 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $ _____
              Payable  $ _____ /month (Months ___ to ___) Regular Payment $ _____

Unsecured Creditors:  Pay $ 194.47 /month (Months 1 to 5).
                     Pay $ 184.01 /month (Months 6 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Steven Kenneth Bonnell_           _____
Debtor                                  Joint Debtor
Date: 12/18/12                          Date: _____

LF-31 (rev. 01/08/10)