# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:
**STEVEN KENNETH BONNELL**

**CASE NO.:** 12-BK-34868-RAM

**CHAPTER**: 13

**Debtors.**
_____/

## OBJECTION TO CHAPTER 13 PLAN

The Money Source, Inc. by and through its undersigned attorney, hereby objects to the Chapter 13 Plan filed by the Debtors, and states as grounds therefore:

1. The Money Source, Inc. is the 1st Mortgagee of real property owned by Debtors located at
   25801 SW 152nd Ct, Homestead, FL 33032.

2. The Money Source, Inc. is in the process of filing a timely proof of claim and anticipates the claim showing $87,335.46 in arrears and a regular payment of $3,738.10.

3. The Money Source, Inc. reserves the right to supplement this objection.

Amber Kourofsky, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone:  (813) 221-4743 ext. 2022
Facsimile:   (813) 221-9171
bkfl@albertellilaw.com


By: /s/ Amber Kourofsky, Esq.
Amber Kourofsky, Esq.
Florida Bar No: 85100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th Day of December, 2012, I served a copy of the foregoing upon:


Steven Kenneth Bonnell
25801 SW 152nd Ct
Homestead, FL 33032

Edward Freire
10647 N Kendall Drive
Miami, Fl 33176

Nancy N. Herkert
P.O. Box 279806
Miramar, FL 33027

U.S. Trustee-Miami
51 SW 1st Ave Suite 1204
Miami, Fl 33130