RE: Steven K. Bonnell                                    Case # 12-34868-RAM

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION
### AND, IF CHECKED, OBJECTED TO DEBTOR'S EXEMPTIONS

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

#4735
9/22-10/17
5161
10/5-10/17

- _ Tax returns: personal   2008  2009
- _ Bank Account Statements  ☒ 3 months pre-petition
  # 3941 (0/9) 10/14 – 10/17
  # 9974 (0/9) 10/1 – 10/17
  # 8178  7/17 – 7/31 & 10/1 – 10/17
  # 5137  7/17 – 7/31 & 10/1 – 10/17
- _ FMV, Reg, and Payoff: Vehicles   Real Estate
- _ Non homestead Information Sheet
- _ Photo ID(s)   Social Security Card(s)
- _ L.F. 67 Cert. Compliance Request Confirmation
- _ Fee application (see court guideline 6)
- X Wage deduction order or motion to waive  1/10
- _ Domestic Support Info: name address and phone
- _ Affidavits of ____ support ____ rent
- _ Info on transfer SOFA #3  #10  undisclosed
- _ Tolling Agreement(s)
- _ Proof of household size (government ID w/ address) and income of all adults
- _ Income understated ___ stubs ___ taxes
        co-debtor      ___ stubs ___ taxes
- _ Spouse's pay advices/spouse's wages not disclosed
- _ Expenses objectionable: Sch J ☐ Provide Proof

Expenses: documentation/calculation: CMI line
30, 32, 39, 47c (HOA), 55  from 401k

Other: Amend SMI to provide for tax refund.
Explain deposit on 8/8 for $9800.00  Explain withdrawal 7/30 #1900.00
& on 8/13 $2500.00. Explain card purchase on 8/15 for $4704.15

- X Objection to Exemption unresolved ☒ TBE ☐ BLT
- _ Best effort < 36 months < 60 months
- _ D/I > 100%   < 90%   Feasibility
- _ CMI/DI _____ x 60 = _____
- ☐ Plus income/expenses issues ☐ Trustee estimate $___
- _ Good faith to unsecured
- _ Ch 7 s/b _____ plus tax refund / valuations
- _ Calculation errors/improper months
- X Valuation motion   not filed   or (not resolved) DE # 24
- _ Undervalued collateral should be crammed down in plan
- _ Reaffirm, redeem or surrender Sch D & G creditor
- _ Creditor on plan not listed in Schedules or filed POC
- X Other provision: (100% )lawsuit  lease  gambling
- _ Plan does not fund properly
- _ Plan does not conform to/provide for secured/priority POC
  ___ Miami-Dade County   ___ Tax Certificate
  ___ Dept of Revenue      ___ IRS

**BUSINESS DEBTOR DOCUMENTS**
- _ BDQ & attachments
- _ Profit and loss and  Balance Sheet
- _ Bank statements and checks ___ mon
- _ Tax returns: biz 2008, 2009  Says used for Daughter College tuition

The Trustee reserves the right to raise additional objections if not all documents are timely provided to the Trustee

*****************************************************************************

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (14 days before confirmation hearing) may not be considered or reviewed until the next hearing date.  5pm refers to the end of business on the hearing date.

**IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.**
*The debtor or debtor's attorney must appear at the confirmation hearing*
***The Trustee's recommendation for the confirmation hearing on  January 15, 2013   is as follows:
Continue to 2/12
**12-34868**
For 2/12 calendar, the following docs must be received by 5PM on 1/29 to avoid dismissal: Amend plan to include 100% language OR a) evidence/calculation of CMI line #30, 32, 39, 47c (HOA), 55, b) provide tolling waiver & remove 401k loan expense from CMI, c) amend plan to include IVL, d) explain cash withdrawal of $1900.00 on 7/30, $2500.00 on 8/13 & card purchase of $4704.15 on 8/15

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY N. HERKERT, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402