# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Steven Kenneth Bonnell    JOINT DEBTOR:_____ CASE NO.: 12-34868-RAM
Last Four Digits of SS# 9217_____    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.    $ 4,808.43   for months _1_ to _60_ ;

Administrative Attorney's Fee - $3,650.00 + $525 MTV = $4,175.00 TOTAL PAID $ 1,500.00
              Balance Due    $ 2,675.00 payable $ 535.00 /month (Months _1_ to _5_ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. The Money Source, Inc          Arrearage on Petition Date $ 60,000.00
Address: 3637 Sentara Way, #300    Arrears Payment    $ 500.00     /month (Months _1_ to _5_ )
         Virginia Beach, VA 23452  Arrears Payment    $ 1,045.46   /month (Months _6_ to _60_ )
Account No: 6236714919             Regular Payment    $ 3,024.00   /month (Months _1_ to _60_ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA PO Box 961245 FT Worth, TX 76161 Acct:30000162549161000 | 2006 Nissan Altima, VIN:1N4AL11D85N316050. $4,809.00 - Value $3,903.14 - Balance Owed | 5.25 % | $74.11 | _1_ To _60_ | $4,446.30 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
                                 Payable    $_____ /month (Months___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 194.47_____ /month (Months_1_ to _5_ ).
                     Pay $ 184.01_____ /month (Months_6_ to _60_ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor agrees to pay 100% of the timely filed allowed unsecured claims.

~~I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.~~

_____          _____
Debtor                               Joint Debtor
Date:_____                      Date:_____

LF-31 (rev. 01/08/10)