UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Steven Kenneth Bonnell

       Debtor.
_____/

Case No.: 12-34868-RAM
Chapter 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **SECOND AMENDED PLAN** has been mailed this 14 day of January, 2012 mailed to **Nancy N. Herkert, Chapter 13 Trustee**, via NEF, **Debtor**, and **all creditors in the attached mailing list** via first class mail.

_____
FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
Ph:(305) 826-1774
Fax:(305) 826-1794

LF-31 (rev. 01/08/10)