UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re: **Steven Kenneth Bonnell**         PROCEEDINGS UNDER CHAPTER 13
                                          CASE NO.: 12-34868-RAM

Debtor
_____/

### NOTICE OF FILING PLAN EXECUTED BY DEBTOR

COMES NOW, the debtors **Steven Kenneth Bonnell,** by and through his undersigned counsel and files a Plan executed by debtors.

Respectfully submitted,

By: _____
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
(305) 826-1774

# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Steven Kenneth Bonnell   JOINT DEBTOR:_____   CASE NO.: 12-34868-RAM
Last Four Digits of SS# 9217    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 4,808.43  for months  1  to  60 ;

Administrative: Attorney's Fee - $3,650.00 + $525 MTV = $4,175.00  TOTAL PAID $ 1,500.00
              Balance Due  $ 2,675.00  payable $ 535.00 /month (Months  1  to  5  )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. The Money Source, Inc         Arrearage on Petition Date  $ 60,000.00
   Address: 3637 Sentara Way, #300   Arrears Payment   $ 500.00    /month (Months   1   to   5  )
            Virginia Beach, VA 23452  Arrears Payment   $ 1,045.46  /month (Months   6   to   60 )
   Account No: 6236714919            Regular Payment   $ 3,024.00  /month (Months   1   to   60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA PO Box 961245 FT Worth, TX 76161 Acct:30000162549161000 | 2006 Nissan Altima, VIN:1N4AL11D85N316050. $4,809.00 - Value $3,903.14 - Balance Owed | 5.25 % | $74.11 | 1 To 60 | $4,446.30 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
               Payable  $_____ /month (Months___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 194.47  /month (Months  1  to  5  ).
                    Pay $ 184.01  /month (Months  6  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor agrees to pay 100% of the timely filed allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_[signature]_
Debtor
Date: 1/14/13

_____
Joint Debtor
Date:_____

LF-31 (rev. 01/08/10)