

ORDERED in the Southern District of Florida on January 16, 2013.

Robert A. Mark, Judge
United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:   Steven Kenneth Bonnell                    Case No.: 12-34868-RAM
                                                   Chapter 13
         Debtor.
_____/

### ORDER GRANTING MOTION TO WAIVE WAGE DEDUCTION ORDER

THIS CAUSE, having come before the court on the 15th day of January, 2013 on Debtor's Motion to Waive Wage Deduction Order and based on the record, it is:

**ORDERED and ADJUDGED:**

1. Debtors' Motion to Waive Wage Deduction Order is granted.

###

Copies furnished to:
Freire & Gonzalez, P.A.
Nancy N. Herkert, Trustee
Steven Bonnell, Debtor

The movant, or movant's counsel, Freire & Gonzalez, P.A. shall serve a copy of this notice and unless previously served, the above-described pleading to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, local rules, or orders of the court, and shall file this original notice and completed certificate of service.