

ORDERED in the Southern District of Florida on January 16, 2013.

Robert A. Mark, Judge
United States Bankruptcy Court

---

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:  Steven Kenneth Bonnell

Case No.: 12-34868-RAM
Chapter 13

Debtor.
_____/

## ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY SANTANDER CONSUMER USA

THIS CASE came to be heard on January 15, 2013 on the *Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property* (DE 23 ; the "Motion"). Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the debtor's personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

✓ Motor vehicle described as follows:

Year and Model of motor vehicle: 2006 Nissan Altima
Vehicle Identification Number (VIN #): 1N4AL11D85N316050
Odometer reading: 145,059

____ Personal property other than a motor vehicle described as follows:

is $ 4,000.00 at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $3,903.14.

3. (Select only one):

   ___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification I the proof of claim as filed. Lender's secured claim shall be paid through the plan at ____% for a total of $_____.

   or

   ✓ Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ 0.00 , regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at 5.25% for a total of $4,446.30.

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court during the pendency of the bankruptcy.

5. Notwithstanding the foregoing, this Order is not recordable or

enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

### 

Submitted By:
Freire & Gonzalez, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[ ] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N. Kendall Dr.
Miami, FL 33176
Ph. (305) 826-1774
Fax (305) 826-1794