United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 12-34868-RAM
Steven Kenneth Bonnell                                                    Chapter 13
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 113C-1          User: covington          Page 1 of 2          Date Rcvd: Jan 17, 2013
                              Form ID: pdf004          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2013.
db            Steven Kenneth Bonnell,    25801 SW 152nd Ct,    Homestead, FL  33032-6228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 19, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 113C-1           User: covington             Page 2 of 2                   Date Rcvd: Jan 17, 2013
                               Form ID: pdf004             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2013 at the address(es) listed below:

              Amber M Kourofsky    on behalf of Creditor   The Money Source, Inc bkfl@albertellilaw.com
              Edward  Freire    on behalf of Debtor Steven Bonnell courtdoc@freiregonzalez.com,
               courtdoc@fgbkc.com
              Laila S. Gonzalez     on behalf of Debtor Steven Bonnell courtdoc@freiregonzalez.com,
               courtdoc@fgbkc.com
              Nancy N Herkert     e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                              TOTAL: 5



**ORDERED in the Southern District of Florida on January 16, 2013.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:  Steven Kenneth Bonnell          Case No.: 12-34868-RAM
                                        Chapter 13

Debtor.
_____/

### ORDER GRANTING MOTION TO WAIVE WAGE DEDUCTION ORDER

**THIS CAUSE**, having come before the court on the 15th day of January, 2013 on Debtor's Motion to Waive Wage Deduction Order and based on the record, it is:

**ORDERED and ADJUDGED:**

1.  Debtors' Motion to Waive Wage Deduction Order is granted.

###

Copies furnished to:
Freire & Gonzalez, P.A.
Nancy N. Herkert, Trustee
Steven Bonnell, Debtor

The movant, or movant's counsel, Freire & Gonzalez, P.A. shall serve a copy of this notice and unless previously served, the above-described pleading to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, local rules, or orders of the court, and shall file this original notice and completed certificate of service.