

ORDERED in the Southern District of Florida on January 17, 2013.

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Steven Kenneth Bonnell                  Case No.: 12-34868-RAM
                                                 Chapter 13

         Debtor.
_____/

### ORDER GRANTING MOTION TO DETERMINE JOINT CREDITORS

**THIS CAUSE**, came on for hearing the 15th day of January, 2013 on Debtor's Motion to Determine Joint Creditors, the court having heard argument of counsel, having reviewed the file and being fully advised in the premises it is:

ORDERED and **ADJUDGED**:

1. The Order finding there are no joint Creditors is granted.

2. The debtors exemptions are allowed as claimed.

###

Copies furnished to:
Freire & Gonzalez, P.A.
Nancy Herkert, Trustee
Steven Bonnell, Debtor

The movant, or movant's counsel, Freire & Gonzalez, P.A. shall serve a copy of this notice and unless previously served, the above-described pleading to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, local rules, or orders of the court, and shall file this original notice and completed certificate of service.