United States Bankruptcy Court
Southern District of Florida

In re:  
Steven Kenneth Bonnell  
    Debtor

Case No. 12-34868-RAM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113C-1     User: covington     Page 1 of 2     Date Rcvd: Jan 22, 2013  
    Form ID: pdf004     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2013.  
db      Steven Kenneth Bonnell,    25801 SW 152nd Ct,    Homestead, FL   33032-6228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 24, 2013**        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113C-1           User: covington             Page 2 of 2                   Date Rcvd: Jan 22, 2013
                               Form ID: pdf004            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2013 at the address(es) listed below:
              Amber M Kourofsky    on behalf of Creditor  The Money Source, Inc bkfl@albertellilaw.com
              Edward  Freire    on behalf of Debtor Steven Bonnell courtdoc@freiregonzalez.com,
               courtdoc@fgbkc.com
              Laila S. Gonzalez    on behalf of Debtor Steven Bonnell courtdoc@freiregonzalez.com,
               courtdoc@fgbkc.com
              Nancy N Herkert    e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                            TOTAL: 5
```



ORDERED in the Southern District of Florida on January 17, 2013.

Robert A. Mark, Judge
United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:   Steven Kenneth Bonnell                     Case No.: 12-34868-RAM
                                                    Chapter 13
         Debtor.
_____/

### ORDER GRANTING MOTION TO DETERMINE JOINT CREDITORS

**THIS CAUSE**, came on for hearing the 15th day of January, 2013 on Debtor's Motion to Determine Joint Creditors, the court having heard argument of counsel, having reviewed the file and being fully advised in the premises it is:

ORDERED and **ADJUDGED**:

1. The Order finding there are no joint Creditors is granted.

2. The debtors exemptions are allowed as claimed.

###

Copies furnished to:
Freire & Gonzalez, P.A.
Nancy Herkert, Trustee
Steven Bonnell, Debtor

The movant, or movant's counsel, Freire & Gonzalez, P.A. shall serve a copy of this notice and unless previously served, the above-described pleading to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, local rules, or orders of the court, and shall file this original notice and completed certificate of service.