# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __3rd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Steven Kenneth Bonnell    JOINT DEBTOR:_____    CASE NO.: 12-34868-RAM
Last Four Digits of SS# __9217__    Last Four Digits of SS#_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.    $__5,370.04__ for months __1__ to __60__ ;

Administrative: Attorney's Fee - $3,650.00 + $525 MTV = $4,175.00 TOTAL PAID $ __1,500.00__
                Balance Due    $__2,675.00__ payable $__535.00__/month (Months __1__ to __5__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __The Money Source, Inc__          Arrearage on Petition Date $__90,346.46__
   Address: __3637 Sentara Way, #300__    Arrears Payment    $__1,200.24__/month (Months __1__ to __5__ )
            __Virginia Beach, VA 23452__    Arrears Payment    $__1,533.55__/month (Months __6__ to __60__ )
   Account No: __6236714919__            Regular Payment    $__3,023.69__/month (Months __1__ to __60__ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA<br>PO Box 961245<br>FT Worth, TX 76161<br><br>Acct:30000162549161000 | 2006 Nissan Altima,<br>VIN:1N4AL11D85N316050.<br><br>$4,809.00 - Value<br><br>$3,903.14 - Balance Owed | 5.25 % | $74.11 | __1__ To __60__ | $4,446.30 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
                Payable    $_____/month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $__0.00__/month (Months __1__ to __5__ ).
                     Pay $__201.69__/month (Months __6__ to __60__ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor agrees to pay 100% of the timely filed allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____    _____
Debtor                                        Joint Debtor
Date:_____                               Date:_____

LF-31 (rev. 01/08/10)