

**ORDERED in the Southern District of Florida on January 30, 2013.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO: 12-34868-BKC-RAM
STEVEN KENNETH BONNELL


              DEBTOR(S)
_____/
```

<u>ORDER CONTINUING CONFIRMATION HEARING, TRUSTEE'S OBJECTION TO EXEMPTIONS  AND MAKING ALL DEBTOR PAYMENTS NON-REFUNDABLE</u>

THIS CASE came on to be heard on January 15, 2013  , upon the Confirmation Hearing of the Chapter 13 Case, and based on the record, it is

ORDERED as follows:

1.  The Confirmation Hearing and the Trustee's Objection to Exemptions  is continued to February 12, 2013  at  1:35 PM in Courtroom 1406 at the United States Bankruptcy Court, Southern District of Florida, 51  South  West  First Avenue, Miami, Florida 33130.

2.  The Debtor is hereby ordered to make interim payments to the Chapter 13 Trustee in accordance with the proposed Chapter 13 Plan.

3.  All interim payments which have been made or shall be made to the Chapter 13 Trustee shall be non-refundable.  The Trustee is hereby authorized to disburse such funds in accordance with the proposed plan, less all applicable Trustee's fees and

costs on each such disbursement.

    4.  If confirmation of the Chapter 13 Plan is denied and the case dismissed or converted, the Chapter 13 Trustee shall disburse any and all intermim payments to the administrative, priority and secured creditors on a pro rata basis, in conformance with the last filed plan, less any and all fees and costs.

                                      ###

PREPARED BY:

NANCY N. HERKERT, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806
Telephone: 954-443-4402
Florida Bar No. 441856

                        SERVICE LIST

Debtor(s)
STEVEN KENNETH BONNELL

25801 SW 152 CT
HOMESTEAD, FL  33032-6228


Attorney for the Debtor(s)
EDWARD FREIRE, ESQ.
10647 N KENDALL DRIVE
MIAMI, FL 33176


EDWARD FREIRE, ESQ. is directed to mail a conformed copy of
this Order to all creditors and interested parties, including
those listed above, immediately upon receipt thereof.