United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 12-34868-RAM
Steven Kenneth Bonnell                                                  Chapter 13
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 113C-1           User: covington            Page 1 of 2              Date Rcvd: Jan 31, 2013
                               Form ID: pdf004            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2013.
db          Steven Kenneth Bonnell,   25801 SW 152nd Ct,   Homestead, FL  33032-6228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 02, 2013**                    **Signature:**         _Joseph Speetjens_

```
District/off: 113C-1           User: covington              Page 2 of 2                   Date Rcvd: Jan 31, 2013
                               Form ID: pdf004              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2013 at the address(es) listed below:

```
              Amber M Kourofsky    on behalf of Creditor   The Money Source, Inc bkfl@albertellilaw.com
              Edward   Freire    on behalf of Debtor Steven Bonnell courtdoc@freiregonzalez.com,
               courtdoc@fgbkc.com
              Laila S. Gonzalez    on behalf of Debtor Steven Bonnell courtdoc@freiregonzalez.com,
               courtdoc@fgbkc.com
              Nancy N Herkert    e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 5
```



**ORDERED in the Southern District of Florida on January 30, 2013.**

                                                           *(signature)*
                                                           **Robert A. Mark, Judge**
                                                           **United States Bankruptcy Court**
_____

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO: 12-34868-BKC-RAM
STEVEN KENNETH BONNELL



             DEBTOR(S)
_____/
```

<u>ORDER CONTINUING CONFIRMATION HEARING, TRUSTEE'S OBJECTION TO EXEMPTIONS  AND MAKING ALL DEBTOR PAYMENTS NON-REFUNDABLE</u>

     THIS CASE came on to be heard on January 15, 2013  , upon the Confirmation Hearing of the Chapter 13 Case, and based on the record, it is

     ORDERED as follows:

     1.  The Confirmation Hearing and the Trustee's Objection to Exemptions  is continued to February 12, 2013  at  1:35 PM in Courtroom 1406 at the United States Bankruptcy Court, Southern District of Florida, 51  South  West  First Avenue, Miami, Florida 33130.

     2.  The Debtor is hereby ordered to make interim payments to the Chapter 13 Trustee in accordance with the proposed Chapter 13 Plan.

     3.  All interim payments which have been made or shall be made to the Chapter 13 Trustee shall be non-refundable.  The Trustee is hereby authorized to disburse such funds in accordance with the proposed plan, less all applicable Trustee's fees and

costs on each such disbursement.

4. If confirmation of the Chapter 13 Plan is denied and the case dismissed or converted, the Chapter 13 Trustee shall disburse any and all intermim payments to the administrative, priority and secured creditors on a pro rata basis, in conformance with the last filed plan, less any and all fees and costs.

###

PREPARED BY:

NANCY N. HERKERT, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806
Telephone: 954-443-4402
Florida Bar No. 441856

SERVICE LIST

Debtor(s)
STEVEN KENNETH BONNELL

25801 SW 152 CT
HOMESTEAD, FL  33032-6228


Attorney for the Debtor(s)
EDWARD FREIRE, ESQ.
10647 N KENDALL DRIVE
MIAMI, FL 33176


EDWARD FREIRE, ESQ. is directed to mail a conformed copy of
this Order to all creditors and interested parties, including
those listed above, immediately upon receipt thereof.