UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Division: Miami

PROCEEDING UNDER CHAPTER 13
IN RE:                                         CASE NO: 12-34868-BKC-RAM
STEVEN KENNETH BONNELL

    DEBTOR(S)
_____/


## NOTICE OF WITHDRAWAL OF (DE #19) TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

Notice is hereby given that the Trustee's Objection to Debtor's Claim of Exemptions (Docket Entry #19) filed by Nancy K. Neidich is hereby withdrawn.

I HEREBY CERTIFY that a true and correct copy of the Foregoing Notice of Withdrawal, was mailed to those parties listed this 27th day of FEBRUARY 2013.

                                         /s
                                         NANCY K. NEIDICH, ESQUIRE
                                         STANDING CHAPTER 13 TRUSTEE
                                         P.O. BOX 279806
                                         MIRAMAR, FLORIDA 33027-4166
                                         Telephone: (954) 443-4452

COPIES FURNISHED TO:
Steven Kenneth Bonnell
25801 SW 152nd Ct
Homestead, FL 33032-6228


Edward Freire, Esq. (ECF)