```
                              United States Bankruptcy Court
                              Southern District of Florida

In re:                                                          Case No. 12-34868-RAM
Steven Kenneth Bonnell                                          Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-1          User: covington            Page 1 of 3              Date Rcvd: Feb 27, 2013
                              Form ID: CGFD26            Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2013.
db             Steven Kenneth Bonnell,    25801 SW 152nd Ct,    Homestead, FL 33032-6228
smg            Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallhassee, FL 32314-6668
91118316      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
90790968      +Cap One,    Po Box 5253,    Carol Stream Il 60197-5253
90790969      +Crd Prt Asso,    13355 Noel Rd 21st Floor  P O Box 802068,    Dallas Tx 75380-2068
90790970      +Credit Acceptance,    Po Box 513,    Southfield Mi 48037-0513
90790973      +Daniel S Mandel Pa,    1900 Nw Corporate Blvd Ste 305w,    Boca Raton Fl 33431-7340
90790975      +Eos Cca,    700 Longwater Dr,    Norwell Ma 02061-1624
90790980      +Graystone Solutions,    321 Common Wealth Rd Ste,    Wayland Ma 01778-5039
90790981      +Hsbc Bank,    Po Box 5253,    Carol Stream Il 60197-5253
90790983       Hsbchlzbg,    Po Box 15524,    Wilmington De 19850
90790985       Loancare Servicing Ctr,    Interstate Corp Cntr Bld,    Norfolk Va 23502
90790989       Office Depot Credit Plan,    Dept 56- 8204240014,    Po Box 689020,    Des Moines Ia 50368-9020
90790990      +Pioneermcb,    4000 S Eastern Ave Ste 3,    Las Vegas Nv 89119-0824
90790991      +Pioneerml Inc,    4233 Roanoke Rd,    Kansas City Mo 64111-4076
90790992      +Pioneerml Of Washingto,    4233 Roanoke Rd,    Kansas City Mo 64111-4076
90790995      +Santander Consumer Usa,    Po Box 961245,    Ft Worth Tx 76161-0244
90790996      +The Money Source Inc,    3637 Sentara Way 300,    Virginia Beach Va 23452-4262
91039300      +The Money Source, Inc,    c/o LoanCare,   PO Box 8068,    Virginia Beach, VA 23450-8068
90790998      +Union Bank  Trust,    4732 Calvert St,    Lincoln Ne 68506-6426
90790997      +Union Bt,    3560 S 48th St,    Lincoln Ne 68506-6418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
90864393      +E-mail/Text: aafes@credbankserv.com Feb 28 2013 02:08:09     AAFES/MIL STAR/EXCHANGE,
               c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
90790967      +E-mail/PDF: recoverybankruptcy@afninet.com Feb 28 2013 02:24:44      Afni Inc,    Po Box 3427,
               Bloomington Il 61702-3427
90790971      +E-mail/Text: creditonebknotifications@resurgent.com Feb 28 2013 02:08:07     Credit One Bank,
               Po Box 98875,    Las Vegas Nv 89193-8875
90846405       E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2013 07:27:46     GE Capital Retail Bank,
               Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
90790977      +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2013 07:28:23     Gecrbcare Credit,    950 Forrer Blvd,
               Kettering Oh 45420-1469
90790978      +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2013 07:26:17     Gecrbpaypal Smart Con,
               Po Box 981064,    El Paso Tx 79998-1064
90790979      +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2013 07:26:54     Gecrbrooms To Go,    Po Box 981439,
               El Paso Tx 79998-1439
90790974       E-mail/Text: cio.bncmail@irs.gov Feb 28 2013 02:04:32     Department Of The Treasury,
               Internal Revenue Service,    Atlanta Ga 39901-0002
90790984       E-mail/Text: cio.bncmail@irs.gov Feb 28 2013 02:04:32     Internal Revenue Service,    Po Box 7346,
               Philadelphia Pa 19101-7346
91087624       E-mail/Text: bkr@cardworks.com Feb 28 2013 02:11:05     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
90790986      +E-mail/Text: bkr@cardworks.com Feb 28 2013 02:11:05     Merrick Bank,    Po Box 9201,
               Old Bethpage Ny 11804-9001
90790987      +E-mail/Text: aafes@credbankserv.com Feb 28 2013 02:08:09     Military Star,
               3911 S Walton Walker Blv,    Dallas Tx 75236-1509
90790988      +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 28 2013 02:37:22     Nco Fin 99,    Pob 15636,
               Wilmington De 19850-5636
90790993      +E-mail/Text: courtfilings@sacfcu.com Feb 28 2013 02:12:37     Sac Federal Credit Uni,
               Po Box 13007,    Omaha Ne 68113-0007
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
90790972*     +Credit One Bank,    Po Box 98875,    Las Vegas Nv 89193-8875
90790976*     +Eos Cca,    700 Longwater Dr,    Norwell Ma 02061-1624
90790982*     +Hsbc Bank,    Po Box 5253,    Carol Stream Il 60197-5253
90887398*     +SANTANDER CONSUMER USA,    P.O Box 961245,    Ft. Worth, TX 76161-0244
90790994*     +Sac Federal Credit Uni,    Po Box 13007,    Omaha Ne 68113-0007
                                                                                  TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 113C-1          User: covington              Page 2 of 3            Date Rcvd: Feb 27, 2013
                              Form ID: CGFD26              Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2013**              **Signature:**       _/s/ Joseph Speetjens_

```
District/off: 113C-1          User: covington              Page 3 of 3                  Date Rcvd: Feb 27, 2013
                              Form ID: CGFD26             Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2013 at the address(es) listed below:

        Amber M Kourofsky   on behalf of Creditor  The Money Source, Inc bkfl@albertellilaw.com
        Edward  Freire   on behalf of Debtor Steven Bonnell courtdoc@freiregonzalez.com, courtdoc@fgbkc.com
        Laila S. Gonzalez   on behalf of Debtor Steven Bonnell courtdoc@freiregonzalez.com, courtdoc@fgbkc.com
        Nancy K. Neidich    e2c8f01@ch13herkert.com
        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

        TOTAL: 5

CGFD26 (12/20/11)



**ORDERED in the Southern District of Florida on February 27, 2013**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 12–34868–RAM

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Steven Kenneth Bonnell
aka Steven K. Bonnell
25801 SW 152nd Ct
Homestead, FL 33032–6228

SSN: xxx–xx–9217

### ORDER CONFIRMING CHAPTER 13 PLAN

    This cause came before the court on 02/12/2013 for confirmation of the debtor's proposed fifth amended chapter 13 plan pursuant to Local Rule 3015–3(B)(2). Based on the record, including the debtor's "Certificate of Compliance and Request for Confirmation on Chapter 13 Plan", it is

**ORDERED** as follows:

1. The debtor's chapter 13 plan (the "Plan") meets with the provisions of 11 U.S.C. § 1325 and, if applicable, § 521 and 1308, and is, therefore, confirmed in accordance with its terms.

*Page 1 of 3*

2. Any claim entitled to priority under 11 U.S.C. § 507 shall be paid in full, in periodic installments, in

the order of priority prescribed by the Bankruptcy Code over the period of the Plan as required by 11 U.S.C. § 1322(a)(2), with postpetition interest as required by 11 U.S.C. § 506(b) payable on the secured portion of the claim.

3. The debtor's first monthly payment to the Trustee under the Plan was required to commence not later than 30 days following October 17, 2012, the date the petition was filed, or within 30 days from the date of conversion to chapter 13. The Trustee shall begin disbursement to creditors pursuant to the Plan as soon as practicable upon entry of this order.

4. If the Plan does not provide for payments to a secured creditor, such creditor is granted in rem stay relief to pursue available state court remedies against any property of the debtor which secures the creditor's claim.

5. Any executory contract or unexpired lease of the debtor which has not been assumed pursuant to court order prior to entry of this order, or which is not assumed in the Plan confirmed by this order, is deemed rejected upon entry of this order.

6. If the confirmed plan in this case provides for payment to holder(s) of tax certificates on property of the debtor, the following provisions shall apply:

    A. To ensure that the records of the County Tax Collector credit amounts received by certificate holders, upon receipt of information pursuant to subparagraph B below, the Tax Collector is ordered to adjust the County tax records and reduce both the amount owed on tax certificates and the amount of the tax lien to reflect payments made by the Chapter 13 Trustee to certificate holders under the confirmed plan.

    B. The Tax Collector shall be served with any order entered post–confirmation which (a) dismisses or converts this case; (b) grants stay relief to the holder of a secured claim on the property subject to the tax certificates; (c) approves a sale or refinancing of the property subject to the tax certificates; (d) modifies the plan to eliminate further payments to one or more certificate holders; or (e) discharges the debtor upon completion of the plan. Upon receipt of any such order, the Tax Collector shall request a ledger from the Chapter 13 Trustee reflecting the amounts paid to certificate holders under the confirmed plan, or obtain the ledger information by accessing the Chapter 13 Trustee's website.

    C. During the period in which the certificate holders are receiving payments under the confirmed plan, unless otherwise ordered, the Tax Collector is enjoined from accepting a redemption payment for any certificate which is included in the plan. This injunction will dissolve without further order of the Court if (a) one of the orders described in subparagraph B is entered; and (b) the County has complied with the requirements in subparagraph A by reducing both the amount owed on any certificate paid or partially paid under the plan and the amount of the tax lien by the amount paid to the certificate holder as reflected in the Chapter 13 Trustee's ledger.

7. Pursuant to Local Rule 3070–1(C)(2), if the debtor fails to timely make any Plan payment to the Trustee, the Trustee may serve a "Notice of Delinquency" upon the debtor and the debtor's attorney. The debtor shall have 45 days from the date of the "Notice of Delinquency" to make all payments due under the Plan, including any payments that become due within the 45–day period. If the debtor is seeking to cure the delinquency in a modified plan the debtor must file a motion to modify the confirmed plan within 14 days of the date of the "Notice of Delinquency". If the debtor is not current with plan payments on the 45th day after the date of the "Notice of Delinquency", the Trustee shall file and serve a report of non–compliance and the case will be dismissed without further notice or hearing. Dismissal shall be with prejudice to the debtor filing any new bankruptcy case in any federal bankruptcy court in the United States for a period of 180 days from entry of the order of dismissal. The court will not extend these deadlines absent extraordinary circumstances.

8.  To the extent the Plan sought a determination of valuation pursuant to Bankruptcy Rule 3012, and no objections were filed or any objections were resolved, the terms of the Plan will be binding upon the affected secured creditors, and any allowed proof of claim will be secured only to the extent of the value as provided for in the Plan and unsecured as to the balance of the claim.

The clerk shall serve a copy of this order on all parties of record.

# # #

*Page 3 of 3*