UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __6th__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Steven Kenneth Bonnell   JOINT DEBTOR:_____   CASE NO.: 12-34868-RAM
Last Four Digits of SS# __9217__   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ __4,808.43__ for months __1__ to __3__ ;
B. $ __5,348.52__ for months __4__ to __60__ ;

Administrative: Attorney's Fee - $3,650.00 + $525 MTV = $4,175.00 TOTAL PAID $ __1,500.00__
Balance Due $ __2,675.00__ payable $ __535.00__ /month (Months __1__ to __5__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __The Money Source, Inc__   Arrearage on Petition Date $ __90,328.46__
Address: __3637 Sentara Way, #300__   Arrears Payment $ __694.79__ /month (Months __1__ to __3__ )
__Virginia Beach, VA 23452__   Arrears Payment $ __1,226.53__ /month (Months __4__ to __5__ )
Account No: __6236714919__   Arrears Payment $ __1,559.84__ /month (Months __6__ to __60__ )
Regular Payment $ __3,023.69__ /month (Months __1__ to __60__ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA<br>PO Box 961245<br>FT Worth, TX 76161<br><br>Acct:30000162549161000 | 2006 Nissan Altima,<br>VIN:1N4AL11D85N316050.<br><br>$4,809.00 - Value<br><br>$3,903.14 - Balance Owed | 5.25 % | $74.11 | __1__ To __60__ | $4,446.30 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____   Total Due $_____
Payable $_____ /month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ __0.00__ /month (Months __1__ to __5__ ).
Pay $ __156.02__ /month (Months __6__ to __60__ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor agrees to pay 100% of the timely filed allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_[signature]_
Debtor Date: __3/6/13__

Joint Debtor Date:_____

LF-31 (rev. 01/08/10)