United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 12-34868-RAM
Steven Kenneth Bonnell                                                  Chapter 13
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 113C-1         User: covington         Page 1 of 2          Date Rcvd: Apr 22, 2013
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2013.
91118316     +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk VA 23541-0907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2013**                      **Signature:**    _Joseph Speetjens_

```
District/off: 113C-1           User: covington              Page 2 of 2                   Date Rcvd: Apr 22, 2013
                               Form ID: trc                 Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2013 at the address(es) listed below:
              Amber M Kourofsky    on behalf of Creditor   The Money Source, Inc bkfl@albertellilaw.com,
               akourofsky@logs.com;electronicbankruptcynotices@logs.com
              Edward  Freire    on behalf of Debtor Steven Kenneth Bonnell courtdoc@freiregonzalez.com
              Laila S. Gonzalez    on behalf of Debtor Steven Kenneth Bonnell courtdoc@freiregonzalez.com
              Nancy K. Neidich     e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**210B (12/09**)

# United States Bankruptcy Court

Southern District of Florida
Case No. 12-34868-RAM
Chapter 13

In re: Debtor(s) (including Name and Address)

Steven Kenneth Bonnell
25801 SW 152nd Ct
Homestead FL 33032-6228

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/22/2013.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: CAPITAL ONE BANK (USA), N.A., PO Box 12907, Norfolk VA 23541 | PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/24/13                              Katherine Gould Feldman
                                              **CLERK OF THE COURT**