B 210A (Form 210A) (12/09)                                                                                           029

# United States Bankruptcy Court

__Southern__ District Of __Florida__

In re __STEVEN BONNELL__,                                                    Case No. __12-34868__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| __JEFFERSON CAPITAL SYSTEMS, LLC__ | __GE CAPITAL RETAIL BANK__ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**JEFFERSON CAPITAL SYSTEMS, LLC**
**PO BOX 7999**
**SAINT CLOUD, MN 56302-9617**

Phone: __800-928-7314__
Last Four Digits of Acct #: __4014__

Name and Address where notices to transferor should be sent:
**GE CAPITAL RETAIL BANK**
**950 FORRER BLVD**
**KETTERING , OH 45420**

Phone: __-- EXT:__
Last Four Digits of Acct #: __4014__

Name and Address where transferee payments should be sent (if different from above):
**JEFFERSON CAPITAL SYSTEMS, LLC**
**PO BOX 953185**
**ST LOUIIS, MO 63195-3185**
Phone: __800-928-7314__
Last Four Digits of Acct #: __4014__

Court Claim # (if known): __2__
Amount of Claim: __$320.00__
Date Claim Filed: __11/5/2012__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Johnathan Kirby (Director of Bankruptcy)__  Date: __07/29/2013__
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## ASSIGNMENT AND WAIVER OF NOTICE OF TRANSFER OF CLAIMS

General Electric Capital Corporation, GE Capital Retail Bank, , GEMB Lending, Inc., Monogram Credit Services, L.L.C., RFS Holding, L.L.C. and GEM Holding, L.L.C. (collectively "Transferor"), has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company organized under the laws of the State of Georgia maintaining a place of business at: 16 McLeland Road, Saint Cloud, MN 56303. Said claims arise under consumer credit receivables (the "Receivables") issued to individuals who have filed petitions commencing a Chapter 13 or 7 Proceeding under the United States Bankruptcy Code.

Said Receivables are described in the Bankruptcy Receivables Purchase Agreement between Transferor and Transferee, dated June 24, 2013.

Transferor stipulates that Transferee may be substituted for Transferor as the valid owner of the claims and Receivables and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 or otherwise. Transferor further consents to the attachment of a copy of this Assignment to any Notice of Transfer of Claim filed by Transferee pursuant to said rule. A copy of this document shall have the same force and effect as the original.

Proofs of claim with respect to the Accounts may have been filed by Transferor under any of the following names:

GEMB CareCredit, GE Money Bank, GE Money, GE Consumer Finance, GE CareCredit, , CareCredit GE MoneyBank, GE Capital Retail Bank, GE Capital Consumer Card, GE Capital

Dated: June 24, 2013
Transferor:
Signature: *Ken Wojcik*
Name:     Ken Wojcik
Title (if any):  EVP Collections & Recovery