UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    PROCEEDING UNDER CHAPTER 13
                                          CASE NO.: 12-34868-BKC-RAM
STEVEN KENNETH BONNELL

          DEBTOR(S)
_____/

NOTICE OF DELINQUENCY

     **PLEASE TAKE NOTICE** the above-referenced Debtor(s) are delinquent
in Confirmed Chapter 13 Plan Payments in the amount of $ 16,194.82 .

     The Debtor(s) shall have forty-five (45) days from the date
of this Notice to make all payments due under the Confirmed Plan/
Modified Plan <u>including any payments that become due within the forty-
five (45) day period</u>, in the form of a money order or cashier's
check only.  Payments must be sent to:


     P.O. Box 2099, Memphis, TN 38101-2099


     If the Trustee does not receive all payments by October 17, 2013
to bring the Debtor totally current under the Confirmed Plan, or if
applicable, a Motion to Modify has not been timely filed and set within
fifteen (15) days of this Notice pursuant to the Confirmation Order,
the Trustee shall file and serve a Report of Non-Compliance.

As a result of the Debtor(s) failure to comply, the case shall
be dismissed with prejudice to the filing any bankruptcy proceeding
for a period of 180 days from entry of the Order of Dismissal without
further notice or hearing.

     I HEREBY CERTIFY that a true and correct copy of the foregoing
Notice of Delinquency was mailed to those parties on the attached
service list on August 28, 2013    .

                              NANCY K. NEIDICH, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              POST OFFICE BOX 279806
                              MIRAMAR, FL  33027-9806
                              TELEPHONE: (954) 443-4402
                              Fla. Bar No. 441856


                              By:   /s_____
                                    NANCY K. NEIDICH, ESQUIRE

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**SERVICE LIST**

**Debtor(s)**
STEVEN KENNETH BONNELL
25801 SW 152 CT
HOMESTEAD, FL  33032-6228

**Attorney for Debtor(s)**
EDWARD FREIRE, ESQ.
10647 N KENDALL DRIVE
MIAMI, FL 33176