# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:   Steven Kenneth Bonnell

Debtor.

_____/

Case No.: 12-34868-RAM
Chapter 13

## MOTION TO MODIFY PAYMENT PLAN

COMES NOW, **Steven Kenneth Bonnell,** Debtors by and through his under signed counsel and move this Honorable Court for an Order Granting Modification of the Debtor's Chapter 13 plan and as grounds therefore would show:

1.      On October 17, 2012  Debtors filed a Chapter 13 Bankruptcy.

2.      The Debtor's Chapter 13 Plan was Confirmed and approved by court order dated February 27, 2013.

3.      The Debtors are modifying their plan to come current with chapter 13 plan.

WHEREFORE, for the above stated reason Debtor prays this Honorable Court grant this Motion to Modify Payment Plan and grant such other and further relief as this Court may deem just and equitable under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, has been filed this 23 day of September 2013, a copy of the foregoing and the accompanying notice of hearing is being simultaneously mailed to **Nancy K. Neidich,** via NEF, **all creditors in the attached mailing list,** and **Debtors** in the instant case via first class mail.

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

FREIRE & GONZALEZ, P.A.
Attorneys for Debtor
[ ] Edward Freire, Esq. FBN: 0813771
[✓] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
(305)826-1774

Label Matrix for local noticing
113C-1
Case 12-34868-RAM
Southern District of Florida
Miami
Mon Sep 23 18:06:56 EDT 2013

Jefferson Capital Systems LLC
PO BOX 7999
ST CLOUD, MN 56302-7999

PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

SANTANDER CONSUMER USA
P.O Box 961245
Ft. Worth, TX 76161-0244

AAFES/MIL STAR/EXCHANGE
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

Afni Inc
Po Box 3427
Bloomington Il 61702-3427

CAPITAL ONE BANK (USA), N.A.
PO Box 12907
Norfolk VA 23541-0907

Cap One
Po Box 5253
Carol Stream Il 60197-5253

Crd Prt Asso
13355 Noel Rd 21st Floor   P O Box 802068
Dallas Tx 75380-2068

Credit Acceptance
Po Box 513
Southfield Mi 48037-0513

Credit One Bank
Po Box 98875
Las Vegas Nv 89193-8875

Daniel S Mandel Pa
1900 Nw Corporate Blvd Ste 305w
Boca Raton Fl 33431-7340

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Eos Cca
700 Longwater Dr
Norwell Ma 02061-1624

GE Capital Retail Bank
Attn: Bankruptcy Department
PO Box 960061
Orlando FL 32896-0661

Gecrbcare Credit
950 Forrer Blvd
Kettering Oh 45420-1469

Gecrbpaypal Smart Con
Po Box 981064
El Paso Tx 79998-1064

Gecrbrooms To Go
Po Box 981439
El Paso Tx 79998-1439

Graystone Solutions
321 Common Wealth Rd Ste
Wayland Ma 01778-5039

Hsbc Bank
Po Box 5253
Carol Stream Il 60197-5253

Hsbchlzbg
Po Box 15524
Wilmington De 19850

Internal Revenue Service
Po Box 7346
Philadelphia Pa 19101-7346

Loancare Servicing Ctr
Interstate Corp Cntr Bld
Norfolk Va 23502

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
Po Box 9201
Old Bethpage Ny 11804-9001

Military Star
3911 S Walton Walker Blv
Dallas Tx 75236-1509

Nco Fin 99
Pob 15636
Wilmington De 19850-5636

Office Depot Credit Plan
Dept 56- 8204240014
Po Box 689020
Des Moines Ia 50368-9020

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Pioneermcb
4000 S Eastern Ave Ste 3
Las Vegas Nv 89119-0824

Pioneerml Inc
4233 Roanoke Rd
Kansas City Mo 64111-4076

Pioneerml Of Washingto
4233 Roanoke Rd
Kansas City Mo 64111-4076

Sac Federal Credit Uni
Po Box 13007
Omaha Ne 68113-0007


The Money Source Inc
3637 Sentara Way 300
Virginia Beach Va 23452-4262

The Money Source, Inc
c/o LoanCare
PO Box 8068
Virginia Beach, VA 23450-8068

Union Bank  Trust
4732 Calvert St
Lincoln Ne 68506-6426


Union Bt
3560 S 48th St
Lincoln Ne 68506-6418

Edward Freire
10647 N Kendall Drive
Miami, FL 33176-1510

Laila S. Gonzalez
10647 N Kendall Dr
Miami, FL 33176-1510


Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027-9806

Steven Kenneth Bonnell
25801 SW 152nd Ct
Homestead, FL 33032-6228


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Department Of The Treasury
Internal Revenue Service
Atlanta Ga 39901-0002


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)The Money Source, Inc

(u)Miami

(d)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302-7999


(d)PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

(d)Santander Consumer Usa
Po Box 961245
Ft Worth Tx 76161-0244

End of Label Matrix
Mailable recipients     40
Bypassed recipients      5
Total                   45