UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Steven Kenneth Bonnell

Case No.: 12-34868-RAM
Chapter 13

Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing <u>Amended Schedule J and Amended Summary of Schedule</u> has been filed this 23 day of September 2013 and copies furnished to **Nancy K. Neidich, Trustee**, Via N.E.F, and the **Debtor** in the instant case, via first class mail.

_____
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
[ ] Gianny Blanco, Esq. FBN: 0078080
10647 N Kendall Dr
Miami, FL 33176
(305) 826-1774