**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  Steven Kenneth Bonnell                    Case No.: 12-34868-RAM
                                                  Chapter 13
           Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **FIRST MODIFIED PLAN** has been mailed this 26 day of September, 2013 mailed to **Nancy K. Neidich, Chapter 13 Trustee**, via NEF, **Debtor**, and **all creditors in the attached mailing list** via first class mail.

FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
Ph:(305) 826-1774
Fax:(305) 826-1794

LF-31 (rev. 01/08/10)

```
Label Matrix for local noticing          Jefferson Capital Systems LLC         PRA Receivables Management, LLC
113C-1                                   PO BOX 7999                           POB 41067
Case 12-34868-RAM                        ST CLOUD, MN 56302-7999               Norfolk, VA 23541-1067
Southern District of Florida
Miami
Thu Sep 26 09:21:29 EDT 2013

 SANTANDER CONSUMER USA                  AAFES/MIL STAR/EXCHANGE               Afni Inc
P.O Box 961245                           c/o Creditors Bankruptcy Service      Po Box 3427
Ft. Worth, TX 76161-0244                 P.O. Box 740933                       Bloomington Il 61702-3427
                                         Dallas, TX 75374-0933


CAPITAL ONE BANK (USA), N.A.             Cap One                               Crd Prt Asso
PO Box 12907                             Po Box 5253                           13355 Noel Rd 21st Floor  P O Box 802068
Norfolk VA 23541-0907                    Carol Stream Il 60197-5253            Dallas Tx 75380-2068


Credit Acceptance                        Credit One Bank                       Daniel S Mandel Pa
Po Box 513                               Po Box 98875                          1900 Nw Corporate Blvd Ste 305w
Southfield Mi 48037-0513                 Las Vegas Nv 89193-8875               Boca Raton Fl 33431-7340


(p)INTERNAL REVENUE SERVICE              Eos Cca                               GE Capital Retail Bank
CENTRALIZED INSOLVENCY OPERATIONS        700 Longwater Dr                      Attn: Bankruptcy Department
PO BOX 7346                              Norwell Ma 02061-1624                 PO Box 960061
PHILADELPHIA PA 19101-7346                                                     Orlando FL 32896-0661


Gecrbcare Credit                         Gecrbpaypal Smart Con                 Gecrbrooms To Go
950 Forrer Blvd                          Po Box 981064                         Po Box 981439
Kettering Oh 45420-1469                  El Paso Tx 79998-1064                 El Paso Tx 79998-1439


Graystone Solutions                      Hsbc Bank                             Hsbchlzbg
321 Common Wealth Rd Ste                 Po Box 5253                           Po Box 15524
Wayland Ma 01778-5039                    Carol Stream Il 60197-5253            Wilmington De 19850


Internal Revenue Service                 Loancare Servicing Ctr                MERRICK BANK
Po Box 7346                              Interstate Corp Cntr Bld              Resurgent Capital Services
Philadelphia Pa 19101-7346               Norfolk Va 23502                      PO Box 10368
                                                                               Greenville, SC 29603-0368


Merrick Bank                             Military Star                         Nco Fin 99
Po Box 9201                              3911 S Walton Walker Blv              Pob 15636
Old Bethpage Ny 11804-9001               Dallas Tx 75236-1509                  Wilmington De 19850-5636


Office Depot Credit Plan                 Office of the US Trustee              Pioneermcb
Dept 56- 8204240014                      51 S.W. 1st Ave.                      4000 S Eastern Ave Ste 3
Po Box 689020                            Suite 1204                            Las Vegas Nv 89119-0824
Des Moines Ia 50368-9020                 Miami, FL 33130-1614
```

```
Pioneerml Inc                        Pioneerml Of Washingto               Sac Federal Credit Uni
4233 Roanoke Rd                      4233 Roanoke Rd                      Po Box 13007
Kansas City Mo 64111-4076            Kansas City Mo 64111-4076            Omaha Ne 68113-0007


The Money Source Inc                 The Money Source, Inc                Union Bank  Trust
3637 Sentara Way 300                 c/o LoanCare                         4732 Calvert St
Virginia Beach Va 23452-4262         PO Box 8068                          Lincoln Ne 68506-6426
                                     Virginia Beach, VA 23450-8068


Union Bt                             Edward Freire                        Laila S. Gonzalez
3560 S 48th St                       10647 N Kendall Drive                10647 N Kendall Dr
Lincoln Ne 68506-6418                Miami, FL 33176-1510                 Miami, FL 33176-1510


Nancy K. Neidich                     Steven Kenneth Bonnell
www.ch13herkert.com                  25801 SW 152nd Ct
POB 279806                           Homestead, FL 33032-6228
Miramar, FL 33027-9806
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Department Of The Treasury
Internal Revenue Service
Atlanta Ga 39901-0002
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)The Money Source, Inc             (u)Miami                             (d)JEFFERSON CAPITAL SYSTEMS LLC
                                                                          PO BOX 7999
                                                                          ST CLOUD MN 56302-7999


(d)PRA Receivables Management, LLC   (d)Santander Consumer Usa            End of Label Matrix
POB 41067                            Po Box 961245                        Mailable recipients    40
Norfolk, VA 23541-1067               Ft Worth Tx 76161-0244               Bypassed recipients     5
                                                                          Total                  45
```