**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  Steven Kenneth Bonnell

       Debtor.

_____/

Case No.: 12-34868-RAM
Chapter 13

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the **SECOND MODIFIED PLAN** has been mailed this _21_ day of _September_, 2013 mailed to **Nancy K. Neidich, Chapter 13 Trustee**, via NEF, **Debtor**, and **all creditors in the attached mailing list** via first class mail.

FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[y] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
Ph:(305) 826-1774
Fax:(305) 826-1794

Label Matrix for local noticing
113C-1
Case 12-34868-RAM
Southern District of Florida
Miami
Fri Sep 27 14:24:01 EDT 2013

Jefferson Capital Systems LLC
PO BOX 7999
ST CLOUD, MN 56302-7999

PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

SANTANDER CONSUMER USA
P.O Box 961245
Ft. Worth, TX 76161-0244

AAFES/MIL STAR/EXCHANGE
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

Afni Inc
Po Box 3427
Bloomington Il 61702-3427

CAPITAL ONE BANK (USA), N.A.
PO Box 12907
Norfolk VA 23541-0907

Cap One
Po Box 5253
Carol Stream Il 60197-5253

Crd Prt Asso
13355 Noel Rd 21st Floor   P O Box 802068
Dallas Tx 75380-2068

Credit Acceptance
Po Box 513
Southfield Mi 48037-0513

Credit One Bank
Po Box 98875
Las Vegas Nv 89193-8875

Daniel S Mandel Pa
1900 Nw Corporate Blvd Ste 305w
Boca Raton Fl 33431-7340

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Eos Cca
700 Longwater Dr
Norwell Ma 02061-1624

GE Capital Retail Bank
Attn: Bankruptcy Department
PO Box 960061
Orlando FL 32896-0661

Gecrbcare Credit
950 Forrer Blvd
Kettering Oh 45420-1469

Gecrbpaypal Smart Con
Po Box 981064
El Paso Tx 79998-1064

Gecrbrooms To Go
Po Box 981439
El Paso Tx 79998-1439

Graystone Solutions
321 Common Wealth Rd Ste
Wayland Ma 01778-5039

Hsbc Bank
Po Box 5253
Carol Stream Il 60197-5253

Hsbchlzbg
Po Box 15524
Wilmington De 19850

Internal Revenue Service
Po Box 7346
Philadelphia Pa 19101-7346

Loancare Servicing Ctr
Interstate Corp Cntr Bld
Norfolk Va 23502

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
Po Box 9201
Old Bethpage Ny 11804-9001

Military Star
3911 S Walton Walker Blv
Dallas Tx 75236-1509

Nco Fin 99
Pob 15636
Wilmington De 19850-5636

Office Depot Credit Plan
Dept 56- 8204240014
Po Box 689020
Des Moines Ia 50368-9020

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Pioneermcb
4000 S Eastern Ave Ste 3
Las Vegas Nv 89119-0824

Pioneerml Inc
4233 Roanoke Rd
Kansas City Mo 64111-4076

Pioneerml Of Washingto
4233 Roanoke Rd
Kansas City Mo 64111-4076

Sac Federal Credit Uni
Po Box 13007
Omaha Ne 68113-0007


The Money Source Inc
3637 Sentara Way 300
Virginia Beach Va 23452-4262

The Money Source, Inc
c/o LoanCare
PO Box 8068
Virginia Beach, VA 23450-8068

Union Bank  Trust
4732 Calvert St
Lincoln Ne 68506-6426


Union Bt
3560 S 48th St
Lincoln Ne 68506-6418

Edward Freire
10647 N Kendall Drive
Miami, FL 33176-1510

Laila S. Gonzalez
10647 N Kendall Dr
Miami, FL 33176-1510


Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027-9806

Steven Kenneth Bonnell
25801 SW 152nd Ct
Homestead, FL 33032-6228


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Department Of The Treasury
Internal Revenue Service
Atlanta Ga 39901-0002


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)The Money Source, Inc

(u)Miami

(d)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302-7999


(d)PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

(d)Santander Consumer Usa
Po Box 961245
Ft Worth Tx 76161-0244

End of Label Matrix
Mailable recipients      40
Bypassed recipients       5
Total                    45