Form 210A (12/09)

# United States Bankruptcy Court

SOUTHERN DISTRICT OF FLORIDA

In Re:  
STEVEN KENNETH BONNELL

Case No. 1234868

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC | Santander Consumer USA |
| ------------------------------------------ | ------------------------------------------ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 4  
Amount of Claim: $3,878.14  
Date Claim Filed: 11/21/2012

Phone: (877)829-8298  
Last Four Digits of Acct # :  4916

Phone:  
Last Four Digits of Acct #: 4916

Name and Address where transferee payments  
Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
SANTANDER CONSUMER USA  
8585 N. Stemmons Freeway Ste 1100N  
Dallas TX 75247

Phone: (877)829-8298  
Last Four Digits of Acct # : 4916

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Dolores Garcia                                                                Date: 11/7/2013  
    ------------------------------------------  
     Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

EXHIBIT "B"
BILL OF SALE AND ASSIGNMENT

Santander Consumer USA Inc. ("Seller"), for value received and pursuant to the terms and conditions of the Financial Assets Sale Agreement, Effective Date of **27 August 2013**, with a Closing Date being the same, between Seller and Portfolio Recovery Associates, LLC (**PRA** "Buyer"), its successors and assigns ("Financial Assets Sale Agreement"), hereby assigns effective as of the Closing Date:

(a) all rights, title and interest of Seller in and to those certain receivables, judgments or evidences of debt described in the Financial Assets Sale Agreement and Financial Asset Schedule (attached hereto as Exhibit "A") attached hereto and made part hereof for all purposes, and

(b) all principal, interest or other proceeds of any kind with respect to the Financial Assets described on the Financial Asset Schedule, but excluding any payments or other consideration received by Seller on or prior to the Cut-off Date.

Pursuant to the foregoing assignment, the Seller stipulate that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2) or otherwise.

**SANTANDER CONSUMER USA INC.**

By: _[signature]_

Name: Jason Grubb

Title: COO


STATE OF TEXAS    )
                  )
COUNTY OF DALLAS  )

Sworn before me this *twenty-seventh (27th)* day of August, the year of our Lord, two thousand & thirteen (2013).

_[signature]_
(Notary Stamp & Signature)

KRISTINA ANNE CARBONNEAU
Notary Public, State of Texas
My Commission Expires
November 26, 2016

My commission expires: 11/26/16