```
                          United States Bankruptcy Court
                           Southern District of Florida
In re:                                                      Case No. 12-34868-RAM
Steven Kenneth Bonnell                                      Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: covington             Page 1 of 1                  Date Rcvd: Nov 13, 2013
                              Form ID: trc                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2013.
90887398      +SANTANDER CONSUMER USA,    P.O Box 961245,   Ft. Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2013                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2013 at the address(es) listed below:
              Amber M Kourofsky    on behalf of Creditor    The Money Source, Inc bkfl@albertellilaw.com
              Edward   Freire    on behalf of Debtor Steven Kenneth Bonnell courtdoc@freiregonzalez.com
              Laila S. Gonzalez    on behalf of Debtor Steven Kenneth Bonnell courtdoc@freiregonzalez.com
              Nancy K. Neidich     e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 5

**210B (12/09**)

# United States Bankruptcy Court

Southern District of Florida
Case No. 12-34868-RAM
Chapter 13

In re: Debtor(s) (including Name and Address)

Steven Kenneth Bonnell
25801 SW 152nd Ct
Homestead FL 33032-6228

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/12/2013.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: SANTANDER CONSUMER USA, P.O Box 961245, Ft. Worth, TX 76161 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/15/13

Katherine Gould Feldman
**CLERK OF THE COURT**