UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          Case No.: 12-34868-RAM

Steven Kenneth Bonnell,                                         Chapter 13

Debtor.
_____/

## MOTION TO MODIFY PAYMENT PLAN

**COMES NOW** the Debtor, **Steven Kenneth Bonnell,** by and through his undersigned counsel and move this Honorable Court for an Order Granting Modification of the Debtor's Chapter 13 plan and as grounds therefore would show:

1. The Debtor filed a Chapter 13 Bankruptcy on or about October 17, 2012.

2. The Debtor's Chapter 13 Plan was Confirmed and approved by order of this Court on or about February 27, 2013.

3. The Debtor is modifying his Chapter 13 plan to surrender the property located at 25801 SW 152nd Court, Miami, FL 33032 and come current with his payments.

**WHEREFORE,** for the above stated reasons the Debtor prays this Honorable Court grant this Motion to Modify Payment Plan and grant such other relief as this Court may deem just and equitable under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed this 20 day of October, 2014 and a copy of the foregoing as well as the accompanying Notice of Hearing is being simultaneously mailed to Nancy K. Neidich, Chapter 13 Trustee, via NEF, **all creditors in the attached mailing list,** and **Debtor** in the instant case via first class mail.

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

FREIRE & GONZALEZ, P.A.
Attorneys for Debtor
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
Tel: (305)826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com

```
Label Matrix for local noticing          (p)JEFFERSON CAPITAL SYSTEMS LLC        PRA Receivables Management LLC
113C-1                                    PO BOX 7999                             POB 41067
Case 12-34868-RAM                         SAINT CLOUD MN 56302-7999               Norfolk, VA 23541-1067
Southern District of Florida
Miami
Mon Oct 20 18:20:59 EDT 2014

 SANTANDER CONSUMER USA                  (p)CREDITORS BANKRUPTCY SERVICE         Afni Inc
P.O Box 961245                            PO BOX 800849                           Po Box 3427
Ft. Worth, TX 76161-0244                  DALLAS TX 75380-0849                    Bloomington Il 61702-3427


CAPITAL ONE BANK (USA), N.A.              Cap One                                 Crd Prt Asso
PO Box 12907                              Po Box 5253                             13355 Noel Rd 21st Floor  P O Box 802068
Norfolk VA 23541-0907                     Carol Stream Il 60197-5253              Dallas Tx 75380-2068


Credit Acceptance                         Credit One Bank                         Daniel S Mandel Pa
Po Box 513                                Po Box 98875                            1900 Nw Corporate Blvd Ste 305w
Southfield Mi 48037-0513                  Las Vegas Nv 89193-8875                 Boca Raton Fl 33431-7340


(p)INTERNAL REVENUE SERVICE               Eos Cca                                 GE Capital Retail Bank
CENTRALIZED INSOLVENCY OPERATIONS         700 Longwater Dr                        Attn: Bankruptcy Department
PO BOX 7346                               Norwell Ma 02061-1624                   PO Box 960061
PHILADELPHIA PA 19101-7346                                                        Orlando FL 32896-0661


Gecrbcare Credit                          Gecrbpaypal Smart Con                   Gecrbrooms To Go
950 Forrer Blvd                           Po Box 981064                           Po Box 981439
Kettering Oh 45420-1469                   El Paso Tx 79998-1064                   El Paso Tx 79998-1439


Graystone Solutions                       Hsbc Bank                               Hsbchlzbg
321 Common Wealth Rd Ste                  Po Box 5253                             Po Box 15524
Wayland Ma 01778-5039                     Carol Stream Il 60197-5253              Wilmington De 19850


Internal Revenue Service                  Loancare Servicing Ctr                  MERRICK BANK
Po Box 7346                               Interstate Corp Cntr Bld                Resurgent Capital Services
Philadelphia Pa 19101-7346                Norfolk Va 23502                        PO Box 10368
                                                                                  Greenville, SC 29603-0368


Merrick Bank                              Nco Fin 99                              Office Depot Credit Plan
Po Box 9201                               Pob 15636                               Dept 56- 8204240014
Old Bethpage Ny 11804-9001                Wilmington De 19850-5636                Po Box 689020
                                                                                  Des Moines Ia 50368-9020


Office of the US Trustee                  Pioneermcb                              Pioneerml Inc
51 S.W. 1st Ave.                          4000 S Eastern Ave Ste 3                4233 Roanoke Rd
Suite 1204                                Las Vegas Nv 89119-0824                 Kansas City Mo 64111-4076
Miami, FL 33130-1614
```

```
Pioneerml Of Washingto          (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Sac Federal Credit Uni
4233 Roanoke Rd                 PO BOX 41067                             Po Box 13007
Kansas City Mo 64111-4076       NORFOLK VA 23541-1067                    Omaha Ne 68113-0007


The Money Source Inc            The Money Source, Inc                   Union Bank  Trust
3637 Sentara Way 300            c/o LoanCare                             4732 Calvert St
Virginia Beach Va 23452-4262    PO Box 8068                              Lincoln Ne 68506-6426
                                Virginia Beach, VA 23450-8068


Union Bt                        Edward Freire                            Laila S. Gonzalez
3560 S 48th St                  10647 N Kendall Drive                    10647 N Kendall Dr
Lincoln Ne 68506-6418           Miami, FL 33176-1510                     Miami, FL 33176-1510


Nancy K. Neidich                Steven Kenneth Bonnell
www.ch13herkert.com             25801 SW 152nd Ct
POB 279806                      Homestead, FL 33032-6228
Miramar, FL 33027-9806
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC   AAFES/MIL STAR/EXCHANGE                  Department Of The Treasury
PO BOX 7999                     c/o Creditors Bankruptcy Service         Internal Revenue Service
ST CLOUD, MN 56302-9617         P.O. Box 740933                          Atlanta Ga 39901-0002
                                Dallas, TX 75374


(d)JEFFERSON CAPITAL SYSTEMS LLC   (d)Military Star                      Portfolio Recovery Associates, LLC
PO BOX 7999                        3911 S Walton Walker Blv              PO Box 41067
ST CLOUD MN 56302                  Dallas Tx 75236                       Norfolk, VA 23541
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)PRA Receivables Management, LLC   (u)The Money Source, Inc            (u)Miami
POB 41067
Norfolk, VA 23541-1067


(d)PRA Receivables Management, LLC   (d)Santander Consumer Usa           End of Label Matrix
POB 41067                            Po Box 961245                       Mailable recipients    40
Norfolk, VA 23541-1067               Ft Worth Tx 76161-0244              Bypassed recipients     5
                                                                         Total                  45
```