UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Steven Kenneth Bonnell          Case No.: 12-34868-RAM
                                        Chapter 13
        Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **THIRD MODIFIED PLAN** has been mailed this 20 day of October, 2013 mailed to **Nancy K. Neidich, Chapter 13 Trustee**, via NEF, **Debtor**, and **all creditors in the attached mailing list** via first class mail.

_____
FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
Ph:(305) 826-1774
Fax:(305) 826-1794

LF-31 (rev. 01/08/10)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 12-34868-RAM<br>Southern District of Florida<br>Miami<br>Mon Oct 20 18:20:59 EDT 2014 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| SANTANDER CONSUMER USA<br>P.O Box 961245<br>Ft. Worth, TX 76161-0244 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | Afni Inc<br>Po Box 3427<br>Bloomington Il 61702-3427 |
| CAPITAL ONE BANK (USA), N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 | Cap One<br>Po Box 5253<br>Carol Stream Il 60197-5253 | Crd Prt Asso<br>13355 Noel Rd 21st Floor  P O Box 802068<br>Dallas Tx 75380-2068 |
| Credit Acceptance<br>Po Box 513<br>Southfield Mi 48037-0513 | Credit One Bank<br>Po Box 98875<br>Las Vegas Nv 89193-8875 | Daniel S Mandel Pa<br>1900 Nw Corporate Blvd Ste 305w<br>Boca Raton Fl 33431-7340 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Eos Cca<br>700 Longwater Dr<br>Norwell Ma 02061-1624 | GE Capital Retail Bank<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando FL 32896-0661 |
| Gecrbcare Credit<br>950 Forrer Blvd<br>Kettering Oh 45420-1469 | Gecrbpaypal Smart Con<br>Po Box 981064<br>El Paso Tx 79998-1064 | Gecrbrooms To Go<br>Po Box 981439<br>El Paso Tx 79998-1439 |
| Graystone Solutions<br>321 Common Wealth Rd Ste<br>Wayland Ma 01778-5039 | Hsbc Bank<br>Po Box 5253<br>Carol Stream Il 60197-5253 | Hsbchlzbg<br>Po Box 15524<br>Wilmington De 19850 |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia Pa 19101-7346 | Loancare Servicing Ctr<br>Interstate Corp Cntr Bld<br>Norfolk Va 23502 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank<br>Po Box 9201<br>Old Bethpage Ny 11804-9001 | Nco Fin 99<br>Pob 15636<br>Wilmington De 19850-5636 | Office Depot Credit Plan<br>Dept 56- 8204240014<br>Po Box 689020<br>Des Moines Ia 50368-9020 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Pioneermcb<br>4000 S Eastern Ave Ste 3<br>Las Vegas Nv 89119-0824 | Pioneerml Inc<br>4233 Roanoke Rd<br>Kansas City Mo 64111-4076 |

| | | |
|---|---|---|
| Pioneerml Of Washingto<br>4233 Roanoke Rd<br>Kansas City Mo 64111-4076 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sac Federal Credit Uni<br>Po Box 13007<br>Omaha Ne 68113-0007 |
| The Money Source Inc<br>3637 Sentara Way 300<br>Virginia Beach Va 23452-4262 | The Money Source, Inc<br>c/o LoanCare<br>PO Box 8068<br>Virginia Beach, VA 23450-8068 | Union Bank Trust<br>4732 Calvert St<br>Lincoln Ne 68506-6426 |
| Union Bt<br>3560 S 48th St<br>Lincoln Ne 68506-6418 | Edward Freire<br>10647 N Kendall Drive<br>Miami, FL 33176-1510 | Laila S. Gonzalez<br>10647 N Kendall Dr<br>Miami, FL 33176-1510 |
| Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Steven Kenneth Bonnell<br>25801 SW 152nd Ct<br>Homestead, FL 33032-6228 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-9617 | AAFES/MIL STAR/EXCHANGE<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Department Of The Treasury<br>Internal Revenue Service<br>Atlanta Ga 39901-0002 |
| (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302 | (d)Military Star<br>3911 S Walton Walker Blv<br>Dallas Tx 75236 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | (u)The Money Source, Inc | (u)Miami |
| (d)PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | (d)Santander Consumer Usa<br>Po Box 961245<br>Ft Worth Tx 76161-0244 | End of Label Matrix<br>Mailable recipients   40<br>Bypassed recipients    5<br>Total                  45 |