**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
X   Fourth   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Steven Kenneth Bonnell    JOINT DEBTOR: _____    CASE NO.: 12-34868-RAM
Last Four Digits of SS# 9217    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.   $ 3,659.28  for months  1  to  24 ;
- B.   $  438.82  for months  25  to  60 ;

Administrative: Attorney's Fee - $ 3,650.00 + $525 MTV plus $525.00 MTM = $4,700.00 TOTAL PAID $ 1,500.00
Balance Due   $ 3,200.00  payable $133.33 /month (Months  1  to  24 

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  The Money Source, Inc    Arrearage on Petition Date $ 90,328.46
Address:  3637 Sentara Way, #300    Arrears Payment    $ 1,076.03  /month (Months  1  to  24 )
Virginia Beach, VA 23452
Account No:  6236714919    Regular Payment    $ 2,248.39  /month (Months  1  to  24 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA<br>PO Box 961245<br>FT Worth, TX 76161<br>Acct:30000162549161000 | 2006 Nissan Altima,<br>VIN:1N4AL11D85N316050.<br>$4,809.00 - Value<br>$3,903.14 - Balance Owed | 5.25 % | $55.09<br><br>$86.79 | 1  To  24<br><br>25  To  60 | $4,446.30 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $ _____
Payable    $ _____ /month (Months ___ to ___) Regular Payment $ _____

Unsecured Creditors
Pay $ 308.14  /month (Months  25  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The house is being dropped out of the plan in month 25. The Money Source, Inc. Is granted in rem stay relief to pursue its interest in the collateral for the property located at 25801 SW 152 Court, Miami, FL 33032. Debtor agrees to pay 100% of the timely filed allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor    Joint Debtor
Date: 11/5/14    Date: _____

LF-31 (rev. 01/08/10)