UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                    Case No.: 12-34868-RAM

Steven Kenneth Bonnell,                                   Chapter 13

    Debtor.
_____/

## NOTICE OF CONTINUED HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held in the above connect at 9:00 a.m.. on December 9, 2014, at the following location:
    (Date)

    (x)    C. Clyde Atkins United States Courthouse, 301 N. Miami Ave., Courtroom 417, Miami, Florida 33128.

    ( )    U.S. Courthouse, Courtroom ____, 299 E. Broward Blvd., Ft. Lauderdale, Florida 33301

    ( )    Paul G. Rogers Federal Building
        [ ] Courtroom #6, Room 312   [ ] Courtroom #____, Room ____
        701 Clematis Street, West Palm Beach, Florida 33401

to consider the following: Motion to Modify.

DATED: 11/13/14

                                            KATHERINE GOULD FELDMAN
                                            Clerk of Court

                                            Laila S. Gonzalez, Esquire

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing corrected Notice of Hearing was sent this 13 day of November, 2014, and copies furnished to **Nancy K. Neidich,** Chapter 13 Trustee, via NEF, and **Debtors** in the instant case via first class mail.

                                            _____
                                            FREIRE & GONZALEZ, P.A.
                                            Attorneys for Debtor(s)
                                            [ ] Edward Freire, Esq. FBN: 0813771
                                            [/] Laila S. Gonzalez, Esq. FBN: 0975291
                                            [ ] Gianny Blanco, Esq., FBN: 0078080
                                            10647 N Kendall Drive
                                            Miami, FL 33176
                                            (305) 826-1774

The movant, or movant's counsel, Freire & Gonzalez, shall serve a copy of this notice and, unless previously served, the above-described pleading, to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, Local Rules, or orders of the court, and shall file this original notice and completed certificate of service (printed on reverse) with the court.