UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Steven Kenneth Bonnell,            Case No.: 12-34868-RAM

    Debtor.                       Chapter 13
_____/

**NOTICE OF FILING FOURTH MODIFIED PLAN EXECUTED BY DEBTOR**

COMES NOW, the Debtor, Steven Kenneth Bonnell, by and through his undersigned counsel and files a Fourth Modified Plan executed by Debtor.

Respectfully submitted,

FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[x] Laila S. Gonzalez, Esq. FBN: 0975291
[ ] Gianny Blanco, Esq., FBN: 0078080
10647 North Kendall Drive
Miami, FL 33176
Tel: (305) 826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com

# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
X __Fourth_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Steven Kenneth Bonnell    JOINT DEBTOR: _____    CASE NO.: 12-34868-RAM
Last Four Digits of SS# _9217_    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ _3,659.28_ for months _1_ to _24_ ;
  B.  $ _438.82_ for months _25_ to _60_ ;

Administrative: Attorney's Fee - $ _3,650.00 + $525 MTV plus $525.00 MTM = $4,700.00_ TOTAL PAID $ _1,500.00_
          Balance Due    $ _3,200.00_ payable $_133.33_/month (Months _1_ to _24_

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _The Money Source, Inc_     Arrearage on Petition Date $ _90,328.46_
Address: _3637 Sentara Way, #300_    Arrears Payment    $ _1,076.03_ /month (Months _1_ to _24_ )
         _Virginia Beach, VA 23452_
Account No: _6236714919_           Regular Payment    $ _2,248.39_ /month (Months _1_ to _24_ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA<br>PO Box 961245<br>FT Worth, TX 76161<br><br>Acct:30000162549161000 | 2006 Nissan Altima,<br>VIN:1N4AL11D85N316050.<br><br>$4,809.00 - Value<br><br>$3,903.14 - Balance Owed | 5.25 % | $55.09<br><br>$86.79 | _1_ To _24_<br><br>_25_ To _60_ | $4,446.30 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
                              Payable    $_____/month (Months____ to ___) Regular Payment $_____

Unsecured Creditors
          Pay $ _308.14_____ /month (Months _25_ to _60_ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The house is being dropped out of the plan in month 25. The Money Source, Inc. Is granted in rem stay relief to pursue its interest in the collateral for the property located at 25801 SW 152 Court, Miami, FL 33032. Debtor agrees to pay 100% of the timely filed allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _[signature]_                            Joint Debtor _____
Date:  _11/19/14_                               Date: _____

LF-31 (rev. 01/08/10)