UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO: 12-34868-RAM
CHAPTER 13

STEVEN KENNETH BONNELL *aka*
Steven K. Bonnell,

    Debtor
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** the undersigned attorney hereby appears as counsel for The Money Source, Inc ("Secured Creditor") and requests that all notices required by Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the following be added to the Court's Master Mailing List:

**LINDSEY A. SAVASTANO, ESQUIRE
BROCK & SCOTT, PLLC
1501 NW 49TH STREET, SUITE 200
FORT LAUDERDALE, FL 33309**

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Steven Kenneth Bonnell, 25801 SW 152nd Ct, Homestead, FL 33032-6228; Edward Freire, Esq., 10647 N Kendall Drive, Miami, FL 33176; Laila S. Gonzalez, Esq., 10647 N Kendall Dr, Miami, FL 33176; Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 18th day of August, 2015.

                                                   BROCK & SCOTT, PLLC
                                                   Attorney for Secured Creditor
                                                   1501 NW 49th Street, Suite 200
                                                   Fort Lauderdale, FL 33309
                                                 Phone: (954) 618-6955 ext. 6010
                                                 Fax: (954) 618-6953
                                                 Lindsey.Savastano@brockandscott.com

                                                 /s/ Lindsey A. Savastano
                                                 _____
                                                 LINDSEY A. SAVASTANO, ESQUIRE
                                                 Florida Bar No. 57079