UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                                  CASE NO: 12-34868-RAM
                                                                                                        CHAPTER 13
STEVEN KENNETH BONNELL
*aka* Steven K. Bonnell,

        Debtor
_____/

THE MONEY SOURCE, INC'S
MOTION FOR RELIEF FROM THE CO-DEBTOR STAY
TO ENFORCE FINAL JUDGMENT OF FORECLOSURE
(Re: 25801 Southwest 152nd Court, Homestead, FL 33032)

The Money Source, Inc ("Movant"), by and through its undersigned counsel, files this *Motion for Relief from the Automatic Stay*, and in support thereof states as follows:

    1.    The Court has jurisdiction over this matter pursuant to 11 U.S.C. §1301, Fed. R. Bankr. P. 4001(a) and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the United States of America.

    2.    The Debtor listed above (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 17, 2012.

    3.    On May 24, 2010, the Debtor executed a Note (the "Note") payable to The Money Source (NY) Inc., A New York Banking Corporation in the amount of $320,681.00. To secure payment of the Note, the Debtor, together with Mary I. Bonnell (the "Co-debtor"), executed a Mortgage. A copy of the Note and Mortgage is attached hereto as composite **Exhibit A**.

    4.    A *Final Judgment of Foreclosure* was obtained on or about August 30, 2012, in the amount of $378,879.16 (the "Judgment") against the Debtor's real property located at 25801 Southwest 152nd Court, Homestead, FL 33032 (the "Property"), which is legally described as:

**THE WEST 197 FEET OF THE EAST 467 FEET OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF THE SOUTHWEST 1/4, LESS THE SOUTH 448 FEET AND LESS THE WEST 25 FEET FOR RIGHT-OF-WAY, SECTION 28, TOWNSHIP 56 SOUTH, RANGE 39 EAST, LYING AND BEING IN MIAMI-DADE COUNTY, FLORIDA.**

A copy of the Final Judgment is attached as **Exhibit B**.

5. Movant is prohibited from enforcing its rights against the property by the co-debtor stay of 11 U.S.C. §1301(a) because Mary I. Bonnell is jointly liable with the Debtor on the Note and has signed the Mortgage securing the Note.

6. Secured Creditor's interest in the Property is being irreparably harmed by the Debtor's and the Co-debtor's failure to satisfy the Judgment while Movant is prohibited from pursuing its lawful remedies to enforce the Judgment.

7. Therefore, Movant maintains that cause exists pursuant to 11 U.S.C. §1301(c)(2) or (3) for the co-debtor stay to be lifted.

8. Pursuant to § 362(e), Movant requests that, in the event a hearing is necessary, said hearing be held within thirty (30) days.

9. Movant has incurred attorneys' fees of $850.00 and costs of $176.00 as a result of the necessity of filing this Motion. Said fees and costs are recoverable as part of the debt pursuant to the loan documents but shall not be a personal liability of the Debtor.

THIS SPACE INTENTIONALLY LEFT BLANK

10. Movant requests that the Court waive the fourteen (14) day stay set forth in Bankruptcy Rule 4001(a)(3), so that Movant can pursue its *in rem* remedies without further delay.

**WHEREFORE**, Movant respectfully requests that the co-debtor stay be lifted so that Movant may be permitted to protect its security interest in the Property outside the bankruptcy forum; that Secured Creditor's attorneys' fees and costs incurred in filing this Motion be recoverable as part of the debt pursuant to the loan documents under the remedies available therein but shall not be a personal liability of the Debtor; that the fourteen (14) day stay set forth in Bankruptcy Rule 4001(a)(3) be waived; and such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Steven Kenneth Bonnell, 25801 SW 152nd Ct, Homestead, FL 33032-6228; Mary I. Bonnell, 25801 SW 152nd Ct, Homestead, FL 33032-6228; Edward Freire, Esq., 10647 N Kendall Drive, Miami, FL 33176Laila S. Gonzalez, Esq., 10647 N Kendall Dr, Miami, FL 33176; Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 16th day of September, 2015.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309
Phone: (954) 618-6955 / Ext. 6010
Fax: (954) 618-6853
Lindsey.Savastano@brockandscott.com

/s/ Lindsey A. Savastano
_____
LINDSEY A. SAVASTANO, ESQUIRE
Florida Bar No. 57079