IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

THE MONEY SOURCE, INC., a New York
banking corporation,

    Plaintiff,

vs.

STEVEN K. BONNELL, et al.,

    Defendants.

CASE NO: 11-23148 CA (21)

# $378,879.16

## FINAL JUDGMENT OF FORECLOSURE
(In accordance with Supreme Court Amendments of December 9, 2010)

This action was heard before the court. On the evidence presented

**IT IS ADJUDGED** that:

1. The Plaintiff's Motion for Summary Judgment is **GRANTED**. Service of process has been duly and regularly obtained over Defendants: STEVEN K. BONNELL and MARY I. BONNELL.

2. Plaintiff, THE MONEY SOURCE, INC. c/o LoanCare a division of FNF Servicing, Inc., 3637 Sentara Way, Ste. 300, Virginia Beach, VA 23452, is due

| | |
|---|---:|
| Principal | $ 320,295.69 |
| Interest @ $42.54 from 7/1/10 to 7/1/12 | $ 31,570.74 |
| Interest from 7/2/12 to 8/30/12 | $ 2,552.40 |
| Title search expense | $ 350.00 |
| Taxes (2010 & 2011) | $ 5,009.07 |
| Hazard Insurance Premiums | $ 17,973.05 |
| Mortgage Insurance Premium | $ 2,689.21 |
| Other: Property Inspections | $ 275.00 |
| Attorneys' fees | |
|   Finding as to reasonable number of hours: 12.50 | |
| Finding as to reasonable hourly rate: $96.00 | |
|     Attorneys' fees total | $ 1,200.00 |
| Court costs, now taxed | $ 2,266.00 |
|   Filing Fee    $ 1,946.00 | |
|   Service of Process  $ 225.00 | |
|   Recording Fee  $ 20.00 | |
|   Copies, Faxes, | |
|   Postage & Courier Fees $ 75.00 | |
| Subtotal | $384,181.16 |
|   LESS: Other - Escrow Advance Refund | ($ - 5,302.00) |
| **TOTAL** | $378,879.16 |

that shall bear interest at the rate of 4.75% a year.

3. Plaintiff holds a lien for the total sum superior to all claims or estates of defendant(s), on the following described property in Miami-Dade County, Florida:

The West 197 feet of the East 467 feet of the Southeast 1/4 of the Northeast 1/4 of the Southwest 1/4, Less the South 448 feet and Less the West 25 feet for Right-of-Way, Section 28, Township 56 South, Range 39 East, lying and being in Miami-Dade County, Florida

Street Address: 25801 S.W. 152nd Court, Homestead, FL 33032

4. If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this judgment, are not paid, the clerk of this court shall sell the property at public sale on __October 19__, 2012 to the highest bidder for cash, except as prescribed in paragraph 5, in accordance with section 45.031, Florida Statutes, using the following method:

[X] www.miamidade.realforeclose.com, the Clerk's website for on-line auctions at 9:00 a.m.

SALE DATE AUTHORIZED
BY ____

5. **Costs.** Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If plaintiff is the purchaser, the clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full.

6. **Distribution of Proceeds.** On filing the certificate of title the clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of plaintiff's costs; second, documentary stamps affixed to the certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

7. **Right of Possession.** On filing the certificate of sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under chapter 718 or chapter 720, Florida Statutes, if any. Upon the filing of the certificate of title, the person named on the certificate of title shall be let into possession of the property.

8. **NOTICE PURSUANT TO AMENDMENT TO SECTION 45.031, FLA. ST. (2006)**

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO

LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, <u>CLERK OF THE COURT, 140 WEST FLAGLER STREET, ROOM 908, MIAMI, FLORIDA (TELEPHONE: (305) 375-5943),</u> WITHIN 10 DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT. IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT <u>THE LEGAL AID SOCIETY AT THE DADE COUNTY BAR ASSOCIATION, 123 N.W. 1ST AVENUE, SUITE 214, MIAMI, FLORIDA, (TELEPHONE: (305) 579-5733),</u> TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT THE LEGAL AID SOCIETY AT THE DADE COUNTY BAR ASSOCIATION, TELEPHONE: (305) 579-5733, FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

9. Plaintiff's Judgment shall be assignable without Order of Court, and any assignee of Plaintiff's Judgment and/or right to bid shall be vested with the same rights, and subject to the same terms and conditions, as is the Plaintiff under this Final Judgment Order.

10. **Jurisdiction.** Jurisdiction of this action is retained to enter further orders that are proper including, without limitation, a deficiency judgment.

ORDERED at Miami-Dade County Florida, on this 30 day of August 2012.

_____
Circuit Court Judge
Jennifer D. Bailey
Circuit Court Judge

Copies Furnished To:

Daniel S. Mandel, Esq., Law Offices of Daniel S. Mandel, P.A., Attorneys for Plaintiff, 1900 N.W. Corporate Blvd., Ste. 305W, Boca Raton, FL 33431

Defendant, Steven K. Bonnell, 25801 SW 152 Court, Homestead, FL 33032

Defendant, Mary I. Bonnell, 25801 SW 152 Court, Homestead, FL 33032

COPY HAND DELIVERED
TO PLTF'S ATTY
IN LIEU OF MAILING