UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                              CASE NO: 12-34868-RAM
                                                                                                         CHAPTER 13
STEVEN KENNETH BONNELL
 aka Steven K. Bonnell,

     Debtor
_____/

**CERTIFICATE OF SERVICE AND CERTIFICATE
OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

**I HEREBY CERTIFY** that a true copy of the *Notice of Hearing* (Doc 94) on the *Motion for Relief from the Co-Debtor Stay to Enforce Final Judgment of Foreclosure* filed by The Money Source, Inc. (Doc 93) was served by U.S. mail, first-class postage prepaid, upon Steven Kenneth Bonnell and Mary I. Bonnell, 25801 S.W. 152nd Ct., Homestead, Florida 33032-6228, on September 16, 2015.  The parties identified on the attached Notice of Electronic Filing were noticed electronically by the court as stated thereon.

     **I FURTHER CERTIFY** that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.

                                     BROCK & SCOTT, PLLC
                                     Attorney for Secured Creditor
                                     1501 NW 49th Street, Suite 200
                                     Fort Lauderdale, FL 33309
                                     Phone: (954) 618-6955 / Ext. 6010
                                     Fax: (954) 618-6953
                                     Lindsey.Savastano@brockandscott.com

                                     /s/ Lindsey A. Savastano
                                     _____
                                     LINDSEY A. SAVASTANO, ESQUIRE
                                     Florida Bar No. 57079

B&S File No. 14-F07069