***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Lindsey Savastano entered on 9/16/2015 at 4:21 PM EDT and filed on 9/16/2015

**Case Name:** Steven Kenneth Bonnell
**Case Number:** 12-34868-RAM
**Document Number:** 94

**Docket Text:**
Notice of Hearing by Filer (Re: [93] Motion for Relief from Co-Debtor Stay *to Enforce Final Judgment of Foreclosure (Re: 25801 Southwest 152nd Court, Homestead, FL 33032)* Filed by Creditor The Money Source, Inc. (Attachments: # 1 Exhibit A - Loan Documents # 2 Exhibit B - Final Judgment)). Chapter 13 Hearing scheduled for 10/13/2015 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 4 (RAM), Miami, FL 33128. (Savastano, Lindsey)

The following document(s) are associated with this transaction:

**Document description:** Notice of Hearing
**Original filename:** /tmp/Summon_601127_10541.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=9/16/2015] [FileNumber=37579541-0] [79b498e43d59cb3730005aa68c7c60d43b74c1f86f32c9aa5588d239c1fb181414 c894d63bb78d937597c0a0a14b2d6bb145e3d1a3c0c9506bf7f8cdfd558da8]]

**12-34868-RAM Notice will be electronically mailed to:**

Frederic J Dispigna on behalf of Creditor The Money Source, Inc
fdispigna@rasflaw.com, bky_ecf4@rasflaw.com

Edward Freire on behalf of Debtor Steven Kenneth Bonnell
courtdoc@fgbkc.com

Laila S. Gonzalez on behalf of Debtor Steven Kenneth Bonnell
courtdoc@fgbkc.com

Amber M Kourofsky on behalf of Creditor The Money Source, Inc
bkfl@albertellilaw.com

Nancy K. Neidich
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Lindsey Savastano on behalf of Creditor The Money Source, Inc
lindsey.savastano@brockandscott.com, flbkecf@brockandscott.com

**12-34868-RAM Notice will not be electronically mailed to:**

Jefferson Capital Systems LLC
PO BOX 7999
ST CLOUD, MN 56302-9617

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541

PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541