

**ORDERED in the Southern District of Florida on October 16, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:                                                               CASE NO: 12-34868-RAM
                                                                           CHAPTER 13
STEVEN KENNETH BONNELL
*aka* Steven K. Bonnell,

    Debtor
_____/

**ORDER GRANTING MOTION FOR RELIEF
FROM THE CO-DEBTOR STAY IN FAVOR OF U.S. BANK TRUST
(Re: 25801 Southwest 152nd Court, Homestead, Florida 33032)**

**THIS CASE** came before the Court for hearing on October 13, 2015, upon the *Motion for Relief from the Co-Debtor Stay to Enforce Final Judgment of Foreclosure* (Doc 93) filed by The Money Source, Inc ("Movant"), and the Court having heard argument of counsel, and being otherwise more fully advised in the premises, it is

**ORDERED:**

1. The Motion is Granted.

2. The co-debtor stay as to Mary I. Bonnell arising by reason of 11 U.S.C. § 1301 is terminated as to the Movant's interest in the following property located at 25801 Southwest 152nd Court, Homestead, Florida 33032, which is legally described as:

**THE WEST 197 FEET OF THE EAST 467 FEET OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF THE SOUTHWEST 1/4, LESS THE SOUTH 448 FEET AND LESS THE WEST 25 FEET FOR RIGHT-OF-WAY,**

**SECTION 28, TOWNSHIP 56 SOUTH, RANGE 39 EAST, LYING AND BEING IN MIAMI-DADE COUNTY, FLORIDA.**

3. The co-debtor stay is modified for the sole purpose of allowing the Movant to complete *in rem* relief, to take any and all steps necessary to exercise any rights it may have in the property, to gain possession of the property, and to have in rem relief in accordance with non-bankruptcy law. Movant does not have *in personam* relief against the Debtor or Co-Debtor.

4. Movant is authorized to seek its attorneys' fees and costs incurred prosecuting the Motion from the state court in any pending or future foreclosure proceeding. Said fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the remedies available therein but shall not be a personal liability of the Debtor.

5. The Court in its discretion waives the fourteen (14) day stay set forth in Bankruptcy Rule 4001(a)(3).

###

**Order submitted by:**

Lindsey A. Savastano, Esquire
Attorney for Secured Creditor
Brock & Scott, PLLC
1501 N.W. 49th Street, Suite 200
Fort Lauderdale, FL 33309
(954) 618-6955 / Ext. 6010
Lindsey.Savastano@brockandscott.com

**Lindsey A. Savastano, Esq. is directed to serve copies of this order on the parties listed below and file a certificate of service.**

Steven Kenneth Bonnell
25801 S.W. 152nd Ct, Homestead, FL 33032-6228

Mary I. Bonnell
25801 SW 152nd Ct, Homestead, FL 33032-6228

Edward Freire, Esq. and Laila S. Gonzalez, Esq.
10647 N. Kendall Dr,, Miami, FL 33176

Nancy K. Neidich, Trustee
POB 279806, Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave., Suite 1204, Miami, FL 33130