## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                                                            CASE NO: 12-34868-RAM
                                                                                  CHAPTER 13
STEVEN KENNETH BONNELL
*aka* Steven K. Bonnell,

     Debtor
_____/

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the *Order Granting Motion for Relief from the Co-Debtor Stay* in favor of U.S. Bank Trust (Doc 96) was served by U.S. mail, first-class postage prepaid, upon: Steven Kenneth Bonnell, 25801 S.W. 152nd Ct., Homestead, FL 33032-6228 and Mary I. Bonnell, 25801 S.W. 152 Ct., Homestead, FL 33032-6228, this 20th day of October, 2015.  The parties identified on the attached Notice of Electronic Filing were noticed electronically by the court as stated thereon.

                                                   BROCK & SCOTT, PLLC
                                                   Attorney for The Money Source, Inc
                                                   1501 NW 49th Street, Suite 200
                                                   Fort Lauderdale, FL 33309
                                                   Phone: (954) 618-6955 / Ext. 6010
                                                   Fax: (954) 618-6953
                                                   Lindsey.Savastano@brockandscott.com

                                                   /s/ Lindsey A. Savastano
                                                   _____
                                                   LINDSEY A. SAVASTANO, ESQUIRE
                                                   Florida Bar No. 57079