***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Covington, Katrinka entered on 10/19/2015 at 4:58 PM EDT and filed on 10/19/2015

**Case Name:** Steven Kenneth Bonnell
**Case Number:** 12-34868-RAM
**Document Number:** 96

**Docket Text:**
Order Granting Motion For Relief From Co-Debtor Stay (Re: # [93]) (Covington, Katrinka)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Stay_Relief_Order_(proposed)_10-15-15.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=10/19/2015] [FileNumber=37899391 -0] [74098667a9d937a92b308415e23c3e0cc3a5e9b6a36b4d53ddc32b112cb7010cf 98d708cd64c6e5233ecd417e8621aa87b406baf897c2c269d801cd639488e9b]]

**12-34868-RAM Notice will be electronically mailed to:**

Frederic J Dispigna on behalf of Creditor The Money Source, Inc
fdispigna@rasflaw.com, bkyecf@rasflaw.com;bky_ecf4@rasflaw.com

Edward Freire on behalf of Debtor Steven Kenneth Bonnell
courtdoc@fgbkc.com

Laila S. Gonzalez on behalf of Debtor Steven Kenneth Bonnell
courtdoc@fgbkc.com

Amber M Kourofsky on behalf of Creditor The Money Source, Inc
bkfl@albertellilaw.com

Nancy K. Neidich

e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Lindsey Savastano on behalf of Creditor The Money Source, Inc
lindsey.savastano@brockandscott.com, flbkecf@brockandscott.com

**12-34868-RAM Notice will not be electronically mailed to:**

Jefferson Capital Systems LLC
PO BOX 7999
ST CLOUD, MN 56302-9617

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541

PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541