United States Bankruptcy Court
Southern District of Florida

In re:                                                                Case No. 12-34868-RAM
Steven Kenneth Bonnell                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1          User: covington          Page 1 of 1          Date Rcvd: Oct 19, 2015
                              Form ID: pdf004          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2015.
db              Steven Kenneth Bonnell,    25801 SW 152nd Ct,    Homestead, FL  33032-6228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2015                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2015 at the address(es) listed below:
              Amber M Kourofsky    on behalf of Creditor    The Money Source, Inc bkfl@albertellilaw.com
              Edward  Freire    on behalf of Debtor Steven Kenneth Bonnell courtdoc@fgbkc.com
              Frederic J Dispigna    on behalf of Creditor    The Money Source, Inc fdispigna@rasflaw.com,
               bkyecf@rasflaw.com;bky_ecf4@rasflaw.com
              Laila S. Gonzalez    on behalf of Debtor Steven Kenneth Bonnell courtdoc@fgbkc.com
              Lindsey  Savastano    on behalf of Creditor    The Money Source, Inc
               lindsey.savastano@brockandscott.com, flbkecf@brockandscott.com
              Nancy K. Neidich    e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 7



## ORDERED in the Southern District of Florida on October 16, 2015.

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                              CASE NO: 12-34868-RAM
                                                                    CHAPTER 13
STEVEN KENNETH BONNELL
*aka* Steven K. Bonnell,

      Debtor
_____/

### ORDER GRANTING MOTION FOR RELIEF
### FROM THE CO-DEBTOR STAY IN FAVOR OF U.S. BANK TRUST
### (Re: 25801 Southwest 152nd Court, Homestead, Florida 33032)

**THIS CASE** came before the Court for hearing on October 13, 2015, upon the *Motion for Relief from the Co-Debtor Stay to Enforce Final Judgment of Foreclosure* (Doc 93) filed by The Money Source, Inc ("Movant"), and the Court having heard argument of counsel, and being otherwise more fully advised in the premises, it is

    **ORDERED:**

    1.    The Motion is Granted.

    2.    The co-debtor stay as to Mary I. Bonnell arising by reason of 11 U.S.C. § 1301 is terminated as to the Movant's interest in the following property located at 25801 Southwest 152nd Court, Homestead, Florida 33032, which is legally described as:

    **THE WEST 197 FEET OF THE EAST 467 FEET OF THE SOUTHEAST 1/4
OF THE NORTHEAST 1/4 OF THE SOUTHWEST 1/4, LESS THE SOUTH
448 FEET AND LESS THE WEST 25 FEET FOR RIGHT-OF-WAY,**

**SECTION 28, TOWNSHIP 56 SOUTH, RANGE 39 EAST, LYING AND BEING IN MIAMI-DADE COUNTY, FLORIDA.**

3. The co-debtor stay is modified for the sole purpose of allowing the Movant to complete *in rem* relief, to take any and all steps necessary to exercise any rights it may have in the property, to gain possession of the property, and to have in rem relief in accordance with non-bankruptcy law. Movant does not have *in personam* relief against the Debtor or Co-Debtor.

4. Movant is authorized to seek its attorneys' fees and costs incurred prosecuting the Motion from the state court in any pending or future foreclosure proceeding. Said fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the remedies available therein but shall not be a personal liability of the Debtor.

5. The Court in its discretion waives the fourteen (14) day stay set forth in Bankruptcy Rule 4001(a)(3).

###

**Order submitted by:**

Lindsey A. Savastano, Esquire
Attorney for Secured Creditor
Brock & Scott, PLLC
1501 N.W. 49th Street, Suite 200
Fort Lauderdale, FL 33309
(954) 618-6955 / Ext. 6010
Lindsey.Savastano@brockandscott.com

**Lindsey A. Savastano, Esq. is directed to serve copies of this order on the parties listed below and file a certificate of service.**

Steven Kenneth Bonnell
25801 S.W. 152nd Ct, Homestead, FL 33032-6228

Mary I. Bonnell
25801 SW 152nd Ct, Homestead, FL 33032-6228

Edward Freire, Esq. and Laila S. Gonzalez, Esq.
10647 N. Kendall Dr,, Miami, FL 33176

Nancy K. Neidich, Trustee
POB 279806, Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave., Suite 1204, Miami, FL 33130