# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:  
**Steven Kenneth Bonnell**  
*aka* **Steven K. Bonnell**

CASE NO.: 12-bk-34868-RAM  
CHAPTER: 13

    **Debtor.**

_____/

## EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL

The undersigned, pursuant to Local Rule 2091-1, hereby moves to be substituted as counsel of record for The Money Source, Inc ("Movant") in this action in place of Amber Kourofsky, Esq., and states:

1. The Law Offices of Albertelli Law was previously engaged to assume legal representation of the Client in this action.

2. On or about November 2, 2012, Amber Kourofsky, Esq. filed a Notice of Appearance and Request for Service [**DE 15**] on behalf of the Client, The Money Source, Inc.

3. As of the date of filing this Motion, Amber Kourofsky, Esq. is no longer employed with the Law Offices of Albertelli Law.

4. The requested substitution will further the interests of justice and will not prejudice any party.

WHEREFORE, undersigned counsel requests an order granting its substitution as counsel of record for the Client The Money Source, Inc in this action in place of Amber Kourofsky, Esq. and requests that the Clerk of court add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

    /s/Scott C. Lewis, Esq.  
Scott C. Lewis, Esq.  
FBN 112064  
813-221-4743 ext. 2603

**Albertelli Law**  
Attorney for Secured Creditor  
PO Box 23028  
Tampa FL 33623  
Facsimilie: 813-221-9171  
bkfl@albertellilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 25th day of November, 2015.

## SERVICE LIST

Steven Kenneth Bonnell
25801 SW 152nd Ct
Homestead, FL 33032

Edward Freire
10647 N Kendall Drive
Miami, Fl  33176

Laila S. Gonzalez
10647 N Kendall Dr
Miami, FL 33176

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

/s/Scott C. Lewis, Esq.
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa FL 33623
Facsimilie: 813-221-9171
bkfl@albertellilaw.com

2