UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                             Case No.: 12-34868-RAM

Steven Kenneth Bonnell,                            Chapter 13

    Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **DEBTOR'S CERTIFICATE OF COMPLIANCE, MOTION FOR ISSUANCE OF DISCHARGE AND NOTICE OF DEADLINE TO OBJECT,** has been mailed this 30 day of November 2015, and copies have been furnished to **Nancy K. Neidich, Chapter 13 Trustee**, via NEF, **all creditors on the attached mailing list**, and the **Debtors** in the instant case via first class mail.

_____
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[ ] Laila S. Gonzalez, Esq. FBN: 0975291
[X] Gianny Blanco, Esq. FBN: 0078080
10647 N Kendall Dr
Miami, FL 33176
(305) 826-1774
(305) 826-1794
courtdoc@fgbkc.com

```
bel Matrix for local noticing          (p)JEFFERSON CAPITAL SYSTEMS LLC      PRA Receivables Management LLC
3C-1                                   PO BOX 7999                           POB 41067
se 12-34868-RAM                        SAINT CLOUD MN 56302-7999             Norfolk, VA 23541-1067
uthern District of Florida
ami
n Nov 30 12:30:01 EST 2015

e Money Source, Inc                    SANTANDER CONSUMER USA                (p)CREDITORS BANKRUPTCY SERVICE
OCK & SCOTT, PLLC                      P.O Box 961245                        PO BOX 800849
o Frederic J. DiSpigna, Esq.           Ft. Worth, TX 76161-0244              DALLAS TX 75380-0849
01 NW 49th Street, Suite 200
rt Lauderdale, FL 33309-3723

ni Inc                                 CAPITAL ONE BANK (USA), N.A.          Cap One
 Box 3427                              PO Box 12907                          Po Box 5253
oomington Il 61702-3427                Norfolk VA 23541-0907                 Carol Stream Il 60197-5253


d Prt Asso                             Credit Acceptance                     Credit One Bank
355 Noel Rd 21st Floor  P O Box 802068 Po Box 513                            Po Box 98875
llas Tx 75380-2068                     Southfield Mi 48037-0513              Las Vegas Nv 89193-8875


niel S Mandel Pa                       (p)INTERNAL REVENUE SERVICE           Eos Cca
00 Nw Corporate Blvd Ste 305w          CENTRALIZED INSOLVENCY OPERATIONS     700 Longwater Dr
ca Raton Fl 33431-7340                 PO BOX 7346                           Norwell Ma 02061-1624
                                       PHILADELPHIA PA 19101-7346


 Capital Retail Bank                   Gecrbcare Credit                      Gecrbpaypal Smart Con
tn: Bankruptcy Department              950 Forrer Blvd                       Po Box 981064
 Box 960061                            Kettering Oh 45420-1469               El Paso Tx 79998-1064
lando FL 32896-0661


crbrooms To Go                         Graystone Solutions                   Hsbc Bank
 Box 981439                            321 Common Wealth Rd Ste              Po Box 5253
 Paso Tx 79998-1439                    Wayland Ma 01778-5039                 Carol Stream Il 60197-5253


bchlzbg                                Internal Revenue Service              Loancare Servicing Ctr
 Box 15524                             Po Box 7346                           Interstate Corp Cntr Bld
lmington De 19850                      Philadelphia Pa 19101-7346            Norfolk Va 23502


RRICK BANK                             Merrick Bank                          Nco Fin 99
surgent Capital Services               Po Box 9201                           Pob 15636
 Box 10368                             Old Bethpage Ny 11804-9001            Wilmington De 19850-5636
eenville, SC 29603-0368


fice Depot Credit Plan                 Office of the US Trustee              Pioneermcb
pt 56- 8204240014                      51 S.W. 1st Ave.                      4000 S Eastern Ave Ste 3
 Box 689020                            Suite 1204                            Las Vegas Nv 89119-0824
s Moines Ia 50368-9020                 Miami, FL 33130-1614
```

```
oneerml Inc                       Pioneerml Of Washingto            (p)PORTFOLIO RECOVERY ASSOCIATES LLC
33 Roanoke Rd                     4233 Roanoke Rd                   PO BOX 41067
nsas City Mo 64111-4076           Kansas City Mo 64111-4076         NORFOLK VA 23541-1067


c Federal Credit Uni              The Money Source Inc              The Money Source, Inc
 Box 13007                        3637 Sentara Way 300              c/o LoanCare
aha Ne 68113-0007                 Virginia Beach Va 23452-4262      PO Box 8068
                                                                    Virginia Beach, VA 23450-8068


ion Bank  Trust                   Union Bt                          Edward Freire
32 Calvert St                     3560 S 48th St                    10647 N Kendall Drive
ncoln Ne 68506-6426               Lincoln Ne 68506-6418             Miami, FL 33176-1510


ila S. Gonzalez                   Nancy K. Neidich                  Steven Kenneth Bonnell
647 N Kendall Dr                  www.ch13herkert.com               25801 SW 152nd Ct
ami, FL 33176-1510                POB 279806                        Homestead, FL 33032-6228
                                  Miramar, FL 33027-9806
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
fferson Capital Systems LLC       AAFES/MIL STAR/EXCHANGE           Department Of The Treasury
BOX 7999                          c/o Creditors Bankruptcy Service  Internal Revenue Service
CLOUD, MN 56302-9617              P.O. Box 740933                   Atlanta Ga 39901-0002
                                  Dallas, TX 75374


)JEFFERSON CAPITAL SYSTEMS LLC    (d)Military Star                  Portfolio Recovery Associates, LLC
BOX 7999                          3911 S Walton Walker Blv          PO Box 41067
CLOUD MN 56302                    Dallas Tx 75236                   Norfolk, VA 23541
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
)PRA Receivables Management, LLC  (u)The Money Source, Inc          (u)Miami
B 41067
rfolk, VA 23541-1067


)PRA Receivables Management, LLC  (d)Santander Consumer Usa         End of Label Matrix
B 41067                           Po Box 961245                     Mailable recipients   41
rfolk, VA 23541-1067              Ft Worth Tx 76161-0244            Bypassed recipients    5
                                                                    Total                 46
```