

**ORDERED in the Southern District of Florida on November 30, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                    CASE NO.: 12-bk-34868-RAM
**Steven Kenneth Bonnell**                               CHAPTER: 13
*aka* Steven K. Bonnell

     Debtor.
_____/

### ORDER GRANTING EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL

**THIS CAUSE** came before the Court without hearing on the Ex Parte Motion for Substitution of Counsel [DE 102] filed by **The Money Source, Inc**. Based upon the assertions made in support of the Motion and having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

**IT IS THEREFORE,**

**ORDERED AND ADJUDGED:**

1. Attorney Scott Lewis, Esq shall be substituted for Attorney Amber Kourofsky, Esq and the Clerk of court shall add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

###

Attorney Scott Lewis, Esq is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.