**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN RE:**                                          **CASE NO.: 12-bk-34868-RAM**
**Steven Kenneth Bonnell**                          **CHAPTER: 13**
*aka* **Steven K. Bonnell**

     **Debtor.**
_____/

## CERTIFICATE OF SERVICE OF ORDER GRANTING
## EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL

     I HEREBY CERTIFY that on this 3rd day of December, 2015, I served a copy of the *Order Granting Ex Parte Motion for Substitution of Counsel* **[DE 105]** upon the following:

**<u>SERVICE LIST</u>**

Steven Kenneth Bonnell
25801 SW 152nd Ct
Homestead, FL 33032

Edward Freire
10647 N Kendall Drive
Miami, Fl  33176

Laila S. Gonzalez
10647 N Kendall Dr
Miami, FL 33176

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

                                   Scott C. Lewis, Esq.
                                   Albertelli Law
                                   Attorney for Secured Creditor
                                   PO Box 23028
                                   Tampa, FL 33623
                                   Telephone: (813) 221-4743
                                   Facsimile: (813) 221-9171
                                   bkfl@albertellilaw.com

                                   <u>By: /s/ Scott C. Lewis</u>
                                   Scott C. Lewis
                                   Florida Bar No.:  112064