United States Bankruptcy Court
Southern District of Florida

In re:  
Steven Kenneth Bonnell  
     Debtor

Case No. 12-34868-RAM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113C-1     User: covington     Page 1 of 1     Date Rcvd: Dec 01, 2015  
                       Form ID: pdf004     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2015.  
db         Steven Kenneth Bonnell,    25801 SW 152nd Ct,    Homestead, FL   33032-6228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2015 at the address(es) listed below:  
          Amber M Kourofsky    on behalf of Creditor    The Money Source, Inc bkfl@albertellilaw.com  
          Edward Freire    on behalf of Debtor Steven Kenneth Bonnell courtdoc@fgbkc.com  
          Frederic J Dispigna    on behalf of Creditor    The Money Source, Inc dispigna@comcast.net,  
           bkyecf@rasflaw.com;bky_ecf4@rasflaw.com  
          Gianny Blanco    on behalf of Debtor Steven Kenneth Bonnell courtdoc@fgbkc.com  
          Laila S. Gonzalez    on behalf of Debtor Steven Kenneth Bonnell courtdoc@fgbkc.com  
          Lindsey Savastano    on behalf of Creditor    The Money Source, Inc  
           lindsey.savastano@brockandscott.com,   flbkecf@brockandscott.com  
          Nancy K. Neidich     e2c8f01@ch13herkert.com,   ecf2@ch13herkert.com  
          Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov  
          Scott C Lewis    on behalf of Creditor    The Money Source, Inc bkfl@albertellilaw.com  
                                                                                                                                          TOTAL: 9



ORDERED in the Southern District of Florida on November 30, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                              CASE NO.: 12-bk-34868-RAM
**Steven Kenneth Bonnell**                          CHAPTER: 13
*aka* **Steven K. Bonnell**

      **Debtor.**
_____/

### ORDER GRANTING EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL

**THIS CAUSE** came before the Court without hearing on the Ex Parte Motion for Substitution of Counsel [DE 102] filed by **The Money Source, Inc**. Based upon the assertions made in support of the Motion and having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

**IT IS THEREFORE,**

**ORDERED AND ADJUDGED:**

1. Attorney Scott Lewis, Esq shall be substituted for Attorney Amber Kourofsky, Esq and the Clerk of court shall add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

###

Attorney Scott Lewis, Esq is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.