United States Bankruptcy Court
Southern District of Florida

In re:                                                                                  Case No. 12-34868-RAM
Steven Kenneth Bonnell                                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1           User: covington              Page 1 of 2              Date Rcvd: Dec 28, 2015
                               Form ID: CGFD40              Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2015.
```
db              Steven Kenneth Bonnell,    25801 SW 152nd Ct,    Homestead, FL 33032-6228
91118316       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
90790970       +Credit Acceptance,    Po Box 513,    Southfield Mi 48037-0513
90790973       +Daniel S Mandel Pa,    1900 Nw Corporate Blvd Ste 305w,    Boca Raton Fl 33431-7340
90790975       +Eos Cca,    700 Longwater Dr,    Norwell Ma 02061-1624
90790983        Hsbchlzbg,    Po Box 15524,    Wilmington De 19850
90790985        Loancare Servicing Ctr,    Interstate Corp Cntr Bld,    Norfolk Va 23502
90790989        Office Depot Credit Plan,    Dept 56- 8204020014,    Po Box 689020,    Des Moines Ia 50368-9020
90790990       +Pioneermcb,    4000 S Eastern Ave Ste 3,    Las Vegas Nv 89119-0824
90790991       +Pioneerml Inc,    4233 Roanoke Rd,    Kansas City Mo 64111-4076
90790992       +Pioneerml Of Washingto,    4233 Roanoke Rd,    Kansas City Mo 64111-4076
90790996       +The Money Source Inc,    3637 Sentara Way 300,    Virginia Beach Va 23452-4262
91039300       +The Money Source, Inc,    c/o LoanCare,    PO Box 8068,    Virginia Beach, VA 23450-8068
90790997       +Union Bt,    3560 S 48th St,    Lincoln Ne 68506-6418
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: FLDEPREV.COM Dec 28 2015 23:58:00     Florida Department of Revenue,    POB 6668,
                 Bankruptcy Division,    Tallhassee, FL 32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Dec 29 2015 00:08:13     Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
cr             +E-mail/Text: flbkecf@brockandscott.com Dec 29 2015 00:08:35      The Money Source, Inc,
                 BROCK & SCOTT, PLLC,    c/o Frederic J. DiSpigna, Esq.,    1501 NW 49th Street, Suite 200,
                 Fort Lauderdale, FL 33309-3723
90790967       +EDI: AFNIRECOVERY.COM Dec 28 2015 23:58:00      Afni Inc,    Po Box 3427,
                 Bloomington Il 61702-3427
90790987        EDI: CBSAAFES.COM Dec 28 2015 23:58:00      Military Star,    3911 S Walton Walker Blv,
                 Dallas Tx 75236
90864393        EDI: CBSAAFES.COM Dec 28 2015 23:58:00       AAFES/MIL STAR/EXCHANGE,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374
90790968       +EDI: CAPITALONE.COM Dec 28 2015 23:58:00      Cap One,    Po Box 5253,
                 Carol Stream Il 60197-5253
90790969       +EDI: CREDPROT.COM Dec 28 2015 23:58:00      Crd Prt Asso,
                 13355 Noel Rd 21st Floor  P O Box 802068,    Dallas Tx 75380-2068
90790971       +EDI: RCSFNBMARIN.COM Dec 28 2015 23:58:00      Credit One Bank,    Po Box 98875,
                 Las Vegas Nv 89193-8875
90846405        EDI: RMSC.COM Dec 28 2015 23:58:00      GE Capital Retail Bank,    Attn: Bankruptcy Department,
                 PO Box 960061,    Orlando FL 32896-0661
90790977       +EDI: RMSC.COM Dec 28 2015 23:58:00      Gecrbcare Credit,    950 Forrer Blvd,
                 Kettering Oh 45420-1469
90790978       +EDI: RMSC.COM Dec 28 2015 23:58:00      Gecrbpaypal Smart Con,    Po Box 981064,
                 El Paso Tx 79998-1064
90790979       +EDI: RMSC.COM Dec 28 2015 23:58:00      Gecrbrooms To Go,    Po Box 981439,
                 El Paso Tx 79998-1439
90790981       +EDI: HFC.COM Dec 28 2015 23:58:00      Hsbc Bank,    Po Box 5253,    Carol Stream Il 60197-5253
90790974        EDI: IRS.COM Dec 28 2015 23:58:00      Department Of The Treasury,    Internal Revenue Service,
                 Atlanta Ga 39901-0002
91580138        EDI: JEFFERSONCAP.COM Dec 28 2015 23:58:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
91087624        EDI: MERRICKBANK.COM Dec 28 2015 23:58:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
90790986       +EDI: MERRICKBANK.COM Dec 28 2015 23:58:00      Merrick Bank,    Po Box 9201,
                 Old Bethpage Ny 11804-9001
90790988       +E-mail/Text: bankruptcydepartment@tsico.com Dec 29 2015 00:09:30      Nco Fin 99,    Pob 15636,
                 Wilmington De 19850-5636
91846651        EDI: PRA.COM Dec 28 2015 23:58:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
91267118       +EDI: PRA.COM Dec 28 2015 23:58:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
90790993       +E-mail/Text: courtfilings@sacfcu.com Dec 29 2015 00:08:08      Sac Federal Credit Uni,
                 Po Box 13007,    Omaha Ne 68113-0007
90790995       +EDI: DRIV.COM Dec 28 2015 23:58:00      Santander Consumer Usa,    Po Box 961245,
                 Ft Worth Tx 76161-0244
90790998       +E-mail/Text: Bankruptcy@ubt.com Dec 29 2015 00:09:33      Union Bank  Trust,    4732 Calvert St,
                 Lincoln Ne 68506-6426
                                                                                               TOTAL: 24

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,     PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
cr*            +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
90790972*      +Credit One Bank,    Po Box 98875,    Las Vegas Nv 89193-8875
90790976*      +Eos Cca,    700 Longwater Dr,    Norwell Ma 02061-1624
```

```
District/off: 113C-1           User: covington             Page 2 of 2                  Date Rcvd: Dec 28, 2015
                               Form ID: CGFD40            Total Noticed: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
90790982*      +Hsbc Bank,    Po Box 5253,    Carol Stream Il 60197-5253
90790984*       Internal Revenue Service,    Po Box 7346,    Philadelphia Pa 19101-7346
91580140*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302)
90887398*      +SANTANDER CONSUMER USA,    P.O Box 961245,    Ft. Worth, TX 76161-0244
90790994*      +Sac Federal Credit Uni,    Po Box 13007,    Omaha Ne 68113-0007
90790980     ##+Graystone Solutions,    321 Common Wealth Rd Ste,    Wayland Ma 01778-5039
                                                                                TOTALS: 0, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2015 at the address(es) listed below:
          Edward  Freire   on behalf of Debtor Steven Kenneth Bonnell courtdoc@fgbkc.com
          Frederic J Dispigna   on behalf of Creditor   The Money Source, Inc dispigna@comcast.net,
           bkyecf@rasflaw.com;bky_ecf4@rasflaw.com
          Gianny  Blanco   on behalf of Debtor Steven Kenneth Bonnell courtdoc@fgbkc.com
          Laila S. Gonzalez   on behalf of Debtor Steven Kenneth Bonnell courtdoc@fgbkc.com
          Lindsey  Savastano   on behalf of Creditor   The Money Source, Inc LINDSEY.SAVASTANO@YAHOO.COM
          Nancy K. Neidich    e2c8f01@ch13herkert.com,  ecf2@ch13herkert.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Scott C Lewis   on behalf of Creditor   The Money Source, Inc bkfl@albertellilaw.com
                                                                                             TOTAL: 8
```

Form CGFD40  (9/19/08)



ORDERED in the Southern District of Florida on December 28, 2015

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 12−34868−RAM

Chapter: 13

In re: *

Steven Kenneth Bonnell
aka Steven K. Bonnell
25801 SW 152nd Ct
Homestead, FL 33032−6228

Last four digits of SSN/ITIN or Complete EIN: xxx−xx−9217

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

1. The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

2. (If applicable) The Employee Wage Deduction Order(s) entered in this case is/are terminated.

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Copies to:  All Parties of record

* *Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers (ITIN) or complete employer tax−identification numbers (EIN).*

### EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 13 CASE
### AFTER COMPLETION OF PLAN PAYMENTS

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injury or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

### # # #
### Page 2 of 2