UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                          CASE NO: 12-34868-RAM
                                                                                                  CHAPTER 13
STEVEN KENNETH BONNELL
aka Steven K. Bonnell,

     Debtor
_____/

### AGREED NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** of the substitution of Teresa Hair, Esq. of Brock & Scott, PLLC for Lindsey A. Savastano, Esq. of Brock & Scott, PLLC, as attorney for The Money Source, Inc ("Secured Creditor") in this case. Undersigned counsel certifies that the client has consented to the substitution. The Clerk is requested to remove Lindsey A. Savastano, Esq. from the CM-ECF mailing matrix.

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Steven Kenneth Bonnell, 25801 SW 152nd Ct, Homestead, FL 33032-6228; Edward Freire, Esq., 10647 N Kendall Drive, Miami, FL 33176 Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this February 6, 2016.

          BROCK & SCOTT, PLLC

          Attorney for Secured Creditor
          1501 NW 49th Street, Suite 200
          Fort Lauderdale, FL 33309
          Phone: (954) 618-6955
          FloridaBKLegal@brockandscott.com

          /s/ Teresa Hair
          Teresa Hair, ESQUIRE
          Florida Bar No.  44079

          /s/ Lindsey A. Savastano___
          LINDSEY A. SAVASTANO, ESQUIRE
          Florida Bar No.  57079

B&S File No. 12-F04086